# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PPEP MICROBUSINESS AND HOUSING DEVELOPMENT CORPORATION, 820 East 47th Street, Suite B-15 Tucson, AZ 85713 on behalf of the ROCKY MOUNTAIN/HAWAII SHOP CONSORTIUM, | ) ) ) ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No: |
| ALPHONSO JACKSON, SECRETARY OF THE UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, 451 Seventh Street, S.W. Washington, D.C. 20410 | ) ) ) ) ) ) ) | |
| and | ) ) | |
| WILLIAM H. EARGLE, JR. DEPUTY ASSISTANT SECRETARY FOR OPERATIONS, ASSISTANT SECRETARY FOR COMMUNITY PLANNING AND DEVELOPMENT, UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, 451 Seventh Street, S.W. Washington, D.C. 20410 | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

## COMPLAINT FOR MANDATORY INJUNCTIVE RELIEF

Plaintiff PPEP MICROBUSINESS AND HOUSING DEVELOPMENT

CORPORATION ("PMHDC"), on behalf of the ROCKY MOUNTAIN/HAWAII SHOP

CONSORTIUM, by and through its undersigned counsel, hereby brings this action against

ALPHONSO JACKSON, SECRETARY OF THE UNITED STATES DEPARTMENT OF

HOUSING AND URBAN AUTHORITY, and WILLIAM H. EARGLE, JR., DEPUTY

ASSISTANT SECRETARY FOR OPERATIONS FOR THE OFFICE OF COMMUNITY

PLANNING AND DEVELOPMENT OF THE U.S. DEPARTMENT OF HOUSING AND

URBAN AUTHORITY, for a mandatory injunction requiring HUD to accept as timely and

review PMHDC's Fiscal Year 2006 Self-Help Homeownership Opportunity Program, hereinafter

"SHOP," application for grant approval.  In support thereof, Plaintiff states as follows:

### PARTIES

1.      PMHDC is a non-profit organization and the lead agency representing the Rocky

Mountain/Hawaii SHOP Program Consortium (the "Consortium"), which is comprised of ten

(10) community-based non-profit organizations located in Arizona, Colorado, Hawaii, and New

Mexico.[1]  PMHDC represents the Consortium in all federal grants and contracts competitions in

all areas of affordable housing development and offers financial services and technical assistance

on business management to small, rural home-based businesses and other small businesses.

PMHDC is an affiliate of PPEP, Inc. ("PPEP").

2.      PPEP is a community-based organization that has been a driving force in rural

Arizona for the past thirty (30) years dedicated to improving the lives of low-income citizens in

rural Arizona.  PPEP is one of the organizations that comprise the Consortium.

3.      Alphonso Jackson is the Secretary of the United States Department of Housing

and Urban Development, which is a United States Federal Government Agency with its principal

place of business in Washington, D.C., hereinafter "HUD."

---

[1]      The Rocky Mountain/Hawaii SHOP Consortium is comprised of PPEP, PMHDC, the Colorado Rural
Housing Development Corporation  (Colorado), the Tierra Del Sol Housing Corporation (New Mexico), Thistle
Community Housing (Colorado), Tri –County Community Development Corporation (Colorado), Self-Help
Chicanos Por La Causa (Arizona), Comite de Bien Estar (Arizona), Community Action Human Resource Agency
(Arizona), Guadalupe Community Development Corporation (Arizona), Old Pueblo Community Foundation
(Arizona), and Self-Help Housing Corporation of Hawaii (Hawaii).

4.    William H. Eargle, Jr. is the Deputy Assistant Secretary for Operations at the Office of Community Planning and Development at HUD whose principal place of business is in Washington, D.C.

## JURISDICTION AND VENUE

5.    This Court has jurisdiction over this matter under the standards prescribed in the Administrative Procedure Act ("APA"), 5 U.S.C. § 701, et seq. Judicial review is not precluded by the regulations or the Housing Opportunity Extension Act of 1996, section 11, which authorized the Self-Help Homeownership Opportunity Program, hereinafter "SHOP."

6.    This Court has jurisdiction over this action pursuant to the Mandamus Act, 28 U.S.C. § 1361, which confers jurisdiction on the district courts over actions in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff.

## FACTS

7.    Under the leadership of PMHDC, the Consortium has won the SHOP grant through competitive procurements for Fiscal Year ("FY") 2002 and FY 2004.

8.    Along with PHMDC and PPEP, the Consortium is comprised of the following members and affiliates:

a.    Colorado Rural Housing Development Corporation, serving the farming and economically depressed communities of Alamosa, Center, Monte Vista, Pueblo, and the entire state of Colorado;

b.    Tierra del Sol Housing Corporation, serving the farming and economically depressed communities of Anthony, Deming, Hatch, Las Cruces, San Miguel, and other Colonia communities in Southeast and Southwest New Mexico and Northern El Paso in Texas;

c.    Self-Help Housing Corporation of Hawaii, serving the farming and economically depressed communities of the entire state of Hawaii;

      d.     Chicanos Por La Causa of Nogales, serving the economically depressed communities of Nogales and Rio Rico Arizona;

      e.     Comite de Bien, serving the farming and economically depressed communities of San Luis, Somerton, and Yuma Arizona;

      f.     Community Action Human Resource Agency, serving the farming and economically depressed communities of Arizona City, Unincorporated locale of the City of Coolidge and Casa Grande, City of Eloy, Toltec, and unincorporated Pinal County;

      g.     Guadalupe Community Development Corporation, serving the economically depressed community of Guadalupe where the Pasqua Yaqui Indian Tribal members have settled during the height of the farming in Arizona, which is now being encroached by the urban Metropolitan areas of Mesa, Phoenix and Tempe;

      h.     The Old Pueblo Community Foundation, serving the economically depressed areas of the City of Tucson and the unincorporated locale of Pima County;

      i.     Thistle Community Housing, serving the housing high market areas of Colorado such as the Cities of Boulder, Denver, and Longmont; and

      j.     Tri-County Housing Community Development Corporation, serving the rural farming and economically depressed communities of Bent, Otero, and Crowley Counties with emphasis on the Towns of Fowler and Salida, and High Housing Market areas such as the Cities of Las Animas and Rocky Ford.

      9.     On May 24, 2006, the PMHDC failed to timely submit the Consortium's FY 2006 SHOP grant application to HUD due to problems with the Government's software program. The chronology of events is as follows:

      10.     On January 20, 2006, HUD published its Fiscal Year 2006 Notice of Funding Availability ("NOFA") Policy Requirements and General Section to the SuperNOFA. This publication constituted all funding through HUD for 2006.

      11.     On March 8, 2006, HUD published the SuperNOFA, Federal Register, Vol. 71 No. 13 January 20, 2006 Notice for competition of the FY 2006 SHOP grant. (*See* NOFA, 11962-11972, attached hereto as Exhibit 1).

12.    SuperNOFA incorporates by reference a brochure dated February 2006 entitled "Finding and Applying for Grant Opportunities." This brochure specifically holds that "Applicants may submit required documentation to HUD via facsimile (fax). The Fax method may only be used to submit attachments that are part of your electronic application. HUD will not accept entire applications via fax. Applications submitted entirely via fax will be disqualified." (*See* brochure entitled "Finding and Applying for Grant Opportunities" attached hereto as Exhibit 2).

13.    The funding available for SHOP is authorized by Section 11 of the Housing Opportunity Program Extension Act of 1996 at 42 U.S.C. 12805. (Exhibit 1, 11963).

14.    For FY 2006, $20,000,000 was available for SHOP funding. (*Id.*).

15.    An applicant for the FY 2006 SHOP grant had to download the FY 2006 SHOP application from www.grants.gov. (*Id.* at 11966).

16.    The SuperNOFA sets forth that the electronic submission of all grant applications in this competitive procurement must be received and validated by May 24, 2006 at 11:59:59 p.m. to grants.gov. (*Id.* at 11967).

17.    On May 16, 2006, Ms. Joni V. Soriano, Regional Grants Administrator for PMHDC, contacted the grants.gov help desk for assistance to download the FY 2006 SHOP application web-based packet.

18.    The Government's help desk assisted PMHDC with the download, but downloading was finally successful only after the sixth (6th) attempt. Since downloading of the SHOP application was so cumbersome, the Government's help desk gave Ms. Soriano a reference number (160273086) in case PMHDC had any additional difficulties using the application.

19.    Also on May 16, 2006, Ms. Soriano contacted HUD regarding the electronic submission of PMHDC's SHOP application, regarding PMHDC's submission of large electronic files, and seeking assurances that HUD's system could handle the submission.

20.    On that same date, Ms. Soriano spoke to Rita Yorkshire, a program analyst in HUD's

Office of Departmental Grants Management and Oversight.

21.    Ms. Soriano conveyed to Ms. Yorkshire her concerns about electronically submitting all of the attachments to the grant application because of their large volume.

22.    Ms. Yorkshire suggested that PMHDC fax the attachments; however, Ms. Soriano informed Ms. Yorkshire that faxing the attachments was impossible since there were more than 100 attachments, including 45 "leverage" letters.  SHOP grantee applicants are expected to leverage resources for the construction of self-help housing, and documentation of these resources is required in the SHOP application.  (Exhibit 1, 11964).

23.    Ms. Soriano and Ms. Yorkshire agreed that a workable solution for PMHDC was to attach zip files, and Ms. Yorkshire assured Ms. Soriano that HUD's program would encounter no problem with such files.

24.    On May 22, 2006, PMHDC again contacted HUD with Information Technology issues.  Ms. Soriano again informed Ms. Yorkshire of HUD that after she obtains all the information for the application, she would have a large package to be encased in zip files.  Ms. Yorkshire assured Ms. Soriano that HUD's system *grants.gov* could accept attached zip file documents and any size file sent by PMHDC.  (*See* email of 5/24/06, 10:19 p.m. from Soriano to Yorkshire, attached hereto as Exhibit 3).

25.    By 4 p.m. PST/7 p.m. EST on May 24, 2006, PMHDC had obtained all of the supporting documentation from the ten (10) organizations in the consortium necessary for its FY 2006 SHOP application.

26.    Between 7 p.m. EST and 11:59:59 p.m. on May 24, 2006, PMHDC attempted to package the zip files and attach them to the web-based application. After countless successive error messages when PMHDC attempted to attach the zip files, the application continuously crashed. (*See* example of the error message received when PMHDC attempted to attach the zip files to the SHOP application, attached hereto as Exhibit 4).

27.    At 5:30 p.m. PST (8:30 p.m. EST, 3 ½ hours until deadline), PMHDC contacted the help desk at *grants.gov*, but after being placed on hold by technical support for thirty minutes, PMHDC was informed that the help desk closed and was disconnected.

28.    After attempting several other technical solutions to send the zip files, such as breaking them into smaller submissions, the application kept crashing, and PMHDC was unable to comply with the 11:59:59 p.m. deadline.

29.    At 8:15 p.m., PMHDC attempted to upload the application without all of the leverage letters as attachments, but still received notices of "fatal errors." Regardless of the different combinations PMHDC attempted to submit, *grants.gov* continued to reject the SHOP application submitted by PMHDC, and PMHDC could not upload the SHOP application through the *grants.gov* electronic submission process.

30.    On May 31, 2006, PMHDC contacted Lou Thompson, SHOP Program Manager, Office of Affordable Housing Programs (*see* NOFA at p. 11972), by telephone, to discuss the electronic submission problem and request that HUD accept a hard copy of PMHDC's

application. Ms. Thompson declined, and she informed PMHDC that HUD was still receiving successful electronic submissions of other HUD applications.

31.    When questioned as to why PMHDC did not fax their proposal, as the NOFA allows, PMHDC again explained the impossibility that facsimile would present. As the lead agency for ten (10) different community-based organizations in Arizona, Colorado, New Mexico, and Hawaii, PMHDC's application included 45 leverage letters (notwithstanding the more than one-hundred (100) attachments) while other competitors, such as Habitat for Humanities and Housing Assistance Council, only had one leverage letter supporting their SHOP applications. More importantly, the February, 2006 brochure entitled "Finding and Applying for Grant Opportunities," which is incorporated in SuperNOFA by reference, specifically holds that HUD will not accept the entire application by fax. Only the <u>attachments</u> may be sent via fax.

32.    Subsequent to the failure to submit the SHOP grant application, PPEP's Information Technology ("IT") Administrator tested the application packet several times and determined that PPEP's computer had ample memory to handle the application and submissions as well as free disk space. (*See* Letter from PPEP's IT Department, August 18, 2006, attached hereto as Exhibit 5, and email of 5/25, 9:25 a.m. from Ryan Wild, attached hereto as Exhibit 6).

33.    Through thorough investigation, PPEP's IT department concluded:

1) PPEP's network had never gone down because of any problem with PPEP's Internet Service Provider ("ISP");
2) PPEP's ISP is fully capable of uploading and downloading extremely large files, as it has no limitations;
3) When Ms. Soriano attempted to attach the files containing the SHOP application packet in the HUD program and upload the files with HUD's software, this action failed; and
4) The problem was caused by HUD's software and not PPEP's capabilities.

(*See* Exhibit 5).

8

34.    On May 31, 2006, PMHDC submitted a hard copy of the consortium's 2006 SHOP application.

35.    On June 14, 2006, PMHDC appealed the disqualification of its SHOP application on behalf of the Rocky Mountain/Hawaii SHOP Consortium. (*See* Letter of Appeal, June 14, 2006, attached hereto as Exhibit 7).

36.    On August 17, 2006, William H. Eargle, Jr. rejected PMHDC's appeal indicating that PMHDC had been made aware of the facsimile option and knew of the NOFA provision to request a waiver for electronic. (*See* Exhibit 8, attached hereto).

## COUNT I: MANDATORY INJUNCTION OF ACCEPTANCE FOR CONSIDERATION AND REVIEW

37.    PMHDC hereby incorporates by reference the allegations made in paragraphs 1 through 36 above, and reallege them as though fully set forth herein.

38.    PMHDC requests a mandatory injunction ordering HUD and Defendant Eargle of the Office of Community Planning and Development to accept PMHDC's application on behalf of the Rocky Mountain/Hawaii SHOP Consortium for the 2006 SHOP grant as timely filed and allow the Consortium to compete for the FY 2006 SHOP grant.

39.    PMHDC encountered a faulty design on HUD's web-based SHOP application, which caused their system to crash and rendered PMHDC unable to electronically submit, as required by the SuperNOFA, the FY 2006 SHOP grant application.

40.    PMHDC followed the terms set forth in the SuperNOFA.

41.    A malfunction in the program design of the FY 2006 SHOP application packet caused PMHDC to fail to electronically submit their application by May 24, 2006 at 11:59:59 p.m.

42.    Since PMHDC's failure to timely submit their electronic application was through the fault of the Government's system, HUD and Defendant Eargle were remiss in their duty not to permit the Consortium to compete for the FY 2006 SHOP grant.

43.    If the mandatory injunction is denied and the Consortium is not even permitted to compete, countless people in the Rocky Mountain area will suffer extreme and serious damage and be prejudiced.

44.    If the injunction is denied, the lack of funding that would have been provided by the FY 2006 SHOP grant, if PMHDC had been allowed to compete, will cause the following extreme or very serious damage:

a. loss of $3,792,901.00 in project funding for 215 units at $15,000.00 per unit and $567,901 (15%) of administration funding for sustainability and capacity building in the states of Arizona, Colorado, and New Mexico;

b. loss of $32,212,613.00 in committed leverage funds from public and private sources;

c. loss of development of 215 units of single family three and four bedroom homes in the Rocky Mountain area for families with incomes that fall below 80% of the average median income;

d. loss of homeownership opportunity for 52% of Female Head of Households in the states of Arizona, Colorado and New Mexico;

e. $750,000.00 funding gap for 42 units in a high housing market in Longmont, Colorado without the FY 2006 SHOP grant funds.

f. loss of funding for capacity and sustainability to the ten (10) agencies in the consortium in Arizona, Colorado and New Mexico;

g. estimated 25% decrease in earnings for construction material vendors working with the Consortium in Arizona, Colorado, and New Mexico; and

h. estimated 25 staff members in the Consortium who will be terminated if PMHDC's application is not permitted to compete and therefore is not awarded the FY 2006 SHOP funds.

45.    No prejudice would inure to HUD if this Court grants Plaintiff a mandatory injunction compelling HUD and Defendant Eargle to accept PMHDC's FY 2006 SHOP application for competition and determination when PMHDC's failure to timely submit their application was through no fault of their own, but was entirely the fault of the Government's software program.

46.    If a mandatory injunction is not issued, there is no other adequate remedy available to Plaintiff.

<strong><u>PRAYER FOR RELIEF</u></strong>

WHEREFORE, Plaintiffs respectfully prays that the Court:

1.    Issue a mandatory injunction requiring HUD and Defendant Eargle to accept and review PMHDC's application for the FY 2006 SHOP grant alongside the applications of the other competitors for the grant as if PMHDC's application was timely filed;

2.    Award PMHDC its reasonable attorneys' fees and costs expended herein; and

3.    Grant such other and further relief as this Honorable Court deems just and proper.

DATED:  September 18, 2006.

Respectfully submitted,

By:  One of their attorneys
Steven D. Cundra, D.C. Bar No. 374074
Amy Epstein Gluck, D.C. Bar No. 453525
Nicholas M. Beizer, D.C. bar No. 485895
**HALL, ESTILL, HARDWICK, GABLE,
GOLDEN & NELSON, P.C.**
1120 20th Street, N.W.
Suite 700, North Building
Washington, D.C. 20036
(202) 973-1200
(202) 973-1212 (fax)

*Attorneys for Plaintiff*

# EXHIBIT 1

## DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

[Docket No. FR–5030–N–01A]

### Fiscal Year 2006 SuperNOFA for HUD's Discretionary Programs

**AGENCY:** Office of the Secretary, HUD.

**ACTION:** Notice of HUD's Fiscal Year (FY) 2006 Notice of Funding Availability (NOFA) for HUD's Discretionary Programs (SuperNOFA).

**SUMMARY:** On January 20, 2006, HUD published its Notice of Fiscal Year 2006 Notice of Funding Availability Policy Requirements and General Section to the SuperNOFA (General Section). In that publication, HUD announced it was publishing the General Section of the FY2006 SuperNOFA in advance of the individual NOFAs in order to give prospective applicants sufficient time to begin preparing their applications, and to register early with Grants.gov to facilitate their application submission process. This publication contains the 39 funding opportunities that constitute HUD's FY2006 SuperNOFA.

**DATES:** The key dates that apply to all HUD federal financial assistance made available through HUD's FY2006 SuperNOFA are found in each individual program NOFA and in Appendix A to this notice.

**FOR FURTHER INFORMATION CONTACT:** The individual program NOFAs will identify the applicable agency contacts for each program. Questions regarding this Introduction should be directed to the NOFA Information Center between the hours 10 a.m. and 6:30 p.m. Eastern Time at 800–HUD–8929. Hearing-impaired persons may call 800–HUD–2209. Questions regarding specific program requirements should be directed to the agency contacts identified in each program NOFA.

**SUPPLEMENTARY INFORMATION:**

### Introduction (Supplemental General Section)

This publication follows HUD's publication of the General Section of the FY2006 SuperNOFA on January 20, 2006 (71 FR 3382), and presents the 39 individual funding opportunities that constitute HUD's FY2006 SuperNOFA. HUD makes available through today's FY2006 SuperNOFA publication approximately $2.2 billion in assistance.

While each program NOFA provides the statutory and regulatory requirements, threshold requirements, and rating factors applicable to funding made available through the individual NOFA, applicants must also refer to the January 20, 2006, General Section of the FY2006 SuperNOFA for important application information and requirements, including submission requirements, which have changed this year.

Appendix A to the January 20, 2006, General Section identified the funding opportunities anticipated to be included in the FY2006 SuperNOFA. HUD is revising and republishing Appendix A (Revised Appendix A) as part of today's FY2006 SuperNOFA publication. Revised Appendix A provides an up-to-date funding chart that lists the funding opportunities included in today's FY2006 SuperNOFA publication, along with the application deadline for receipt of applications. In reviewing Revised Appendix A, applicants should note that the HOPE VI Main Street Program NOFA is not part of today's FY2006 SuperNOFA publication. This NOFA will be published separately, together with the HOPE VI Revitalization NOFA. In addition, the Self Help Homeownership Opportunity Program (SHOP) is part of today's FY2006 SuperNOFA publication and is included in Revised Appendix A.

In addition to Revised Appendix A, this notice makes one clarification regarding the discussion of the Logic Model in Section VI.C. entitled "Reporting" of the January 20, 2006, General Section (see 71 FR 3398). Although the Logic Model is to be completed by applicants, the Return on Investment (ROI) Statement referenced in the discussion of the Logic Model only applies to grantees, i.e., applicants selected for funding under the NOFAs. Applicants are *not* to complete the ROI statement. Additionally, for FY2006, the ROI concept is a new concept for the Logic Model. HUD is considering this new concept and will issue a separate notice within the next few weeks that further addresses the ROI concept.

HUD published the General Section of the FY2006 SuperNOFA early to provide its applicant community with the opportunity to become familiar with cross cutting requirements, and to remind prospective applicants to register or renew their registration in order to successfully submit an application via Grants.gov.

Applicants are required to complete a five-step registration process in order to submit their applications electronically. The registration process is outlined in HUD's Notice of Opportunity to Register Early for Electronic Submission of Grant Applications for Funding Opportunities, published in the **Federal Register** on December 9, 2006 (70 FR 73332), and the brochure entitled "STEP BY STEP: Your Guide to Registering for Grant Opportunities," located at *http://*
*www.hud.gov/offices/adm/grants/ fundsavail.cfm.* HUD also has a new brochure titled, "Finding and Applying for Grant Opportunities," dated February 2006, which walks you through the process of finding and applying for grant opportunities. This brochure also contains Registration Tips that will help applicants who successfully submitted a grant application last year to determine if their registration is active and if they are ready to submit a grant application to Grants.gov.

HUD has received a number of questions regarding what to do if an Authorized Organization Representative (AOR) has left the organization. An excerpt from the "Finding and Applying for Grant Opportunities Brochure," dated February 2006 and describes the steps that are needed in such situations and also provides other pertinent registration information. This excerpt can be found on HUD's Web site at *http://www.hud.gov/offices/adm/grants/ fundsavail.cfm* under the title "Registration Tips."

In FY2006, HUD intends to continue to require its applicants to submit their applications electronically through Grants.gov. For FY2006, only the Continuum of Care program will remain a paper application process. It is HUD's intent, however, to move the Continuum of Care program to electronic application submission in FY2007. As a result, HUD continues to encourage Continuum of Care agencies to become familiar with Grants.gov requirements to facilitate this transition.

If you have questions concerning the registration process, registration renewal, assigning a new AOR, or have a question about a NOFA requirement, please feel free to contact HUD staff listed in the NOFA. HUD staff cannot help you write your application, but can clarify requirements that are contained in this Notice and HUD's registration materials.

Applicants are also encouraged to participate in HUD's satellite training and web cast sessions designed to provide a detailed explanation of the general section and program section requirements for each of the SuperNOFA programs. The interactive broadcasts provide you an opportunity to ask questions of HUD staff. These broadcasts are also achieved and accessible from HUD's Grants page at *http://www.hud.gov/offices/adm/grants/ fundsavail.cfm.* Applicants should bookmark the Grants page as it provides a wealth of information including responses to frequently asked questions that arise during the funding application period.

**Self-Help Homeownership Opportunity Program (SHOP) Overview Information**

*A. Federal Agency Name:* Department of Housing and Urban Development, Office of Community Planning and Development.

*B. Funding Opportunity Title:* Self-Help Homeownership Opportunity Program (SHOP).

*C. Announcement Type:* Initial announcement.

*D. Funding Opportunity Number:* The **Federal Register** number is FR–5030–N–06. The Office of Management and Budget (OMB) paperwork approval number is 2506–0157.

*E. Catalog of Federal Domestic Assistance (CFDA) Number:* Self-Help Homeownership Opportunity Program. The CFDA number is 14.247.

*F. Application Deadline:* The application deadline date is May 24, 2006.

*G. Optional, Additional Overview Content Information:*

SHOP funds are awarded to national and regional nonprofit organizations and consortia demonstrating experience in administering self-help housing programs in which the homebuyers contribute a significant amount of sweat-equity toward construction or rehabilitation of the dwelling. The amount available for SHOP in Fiscal Year (FY) 2006 is approximately $20,000,000.

**Full Text of Announcement**

**I. Funding Opportunity Description**

*A. Program Description*

SHOP funds are intended to facilitate and encourage innovative homeownership opportunities on a national geographically diverse basis through self-help housing programs that require a significant amount of sweat-equity by the homebuyer toward the construction or rehabilitation of the dwelling.

SHOP programs are administered by national and regional nonprofit organizations and consortia. Units developed with SHOP funds must be decent, safe, and sanitary non-luxury dwellings and must be made available to eligible homebuyers at prices below the prevailing market prices. Eligible homebuyers are low-income individuals and families (i.e., those whose annual incomes do not exceed 80 percent of the median income for the area, as established by HUD) who would otherwise be unable to purchase a dwelling but for the provision of sweat equity. Housing assisted under this Notice of Funding Availability (NOFA) must involve labor contributed by homebuyers and volunteers in the construction of dwellings and other activities that involve the community in the project.

*B. Authority*

Funding made available under SHOP is authorized by Section 11 of the Housing Opportunity Program Extension Act of 1996 (42 U.S.C. 12805 note) (the "Extension Act").

**II. Award Information**

Approximately $20,000,000 will be available for this program in FY 2006. Any unobligated funds from previous competitions or additional funds that may become available due to deobligation or recapture from previous awards or budget transfers may be added to the FY 2006 appropriation to fund applications submitted in response to this NOFA. Awards will be made to successful applicants in the form of a grant. Grant funds must be expended within 24 months of the date that they are first made available for draw-down in a line of credit established by HUD for the grantee, except that grant funds provided to affiliates that develop five or more units must be expended within 36 months.

**III. Eligibility Information**

*A. Eligible Applicants*

You must be a national or regional nonprofit public or private organization or consortium that has the capacity and experience to provide or facilitate self-help housing homeownership opportunities. Your organization or consortium must undertake eligible SHOP activities directly and/or provide funding assistance to your local affiliates to carry out SHOP activities. You must propose in your application to use a significant amount of SHOP funds in at least two states. Affiliates must be located within the regional organization's or consortium's service area.

A national organization is defined as an organization that carries out self-help housing activities or funds affiliates that carry out self-help housing activities on a national scope. A regional organization is defined as an organization that carries out self-help housing activities or funds affiliates that carry out self-help housing activities on a regional scope. A regional area is a geographic area, such as the Southwest or Northeast, that includes at least two states. The states in the region need not be contiguous, and the service area of the organization need not precisely conform to state boundaries.

A consortium is defined as two or more nonprofit organizations located in at least two states that individually have the capacity and experience to carry out self-help housing activities or fund affiliates that carry out self-help housing activities on a national or regional scope and enter into an agreement to submit a single application for SHOP funding on a national or regional basis. The consortium must propose to use a significant amount of SHOP funds in each state represented in the consortium. All consortium members must receive SHOP funds. One organization must be designated as the lead entity. The lead entity must submit the application and, if selected for funding, execute the SHOP Grant Agreement with HUD and assume responsibility for the grant on behalf of the consortium in compliance with all program requirements.

A consortium agreement, executed and dated by *all* consortium members for the purpose of applying for and using FY 2006 SHOP funds, must be submitted with your application. A consortium's application must be *a single integrated document that demonstrates the consortium's comprehensive approach to self-help housing*. All consortium members must be identified in your application. The integrated application must reflect all consortium members' programs as a single program and may only briefly summarize the individual consortium members' past experiences in factor 1. All other components of the application must reflect the overall consortium program design. Individual program designs for consortium members or affiliates within the integrated document will not be considered by HUD. Upon being funded, the lead entity must enter into a separate agreement with each consortium member. The agreement must include the requirements of the FY 2006 SHOP Grant Agreement between HUD and the consortium and set forth the individual consortium member's responsibilities for compliance with HUD's 2006 SHOP program.

An affiliate is defined as:

(1) A local public or private nonprofit self-help housing organization which is a subordinate organization (i.e., chapter, local, post, or unit) of a central organization and covered by the group exemption letter issued to the central organization under Section 501(c)(3) of the Internal Revenue Code; or

(2) A local public or private nonprofit self-help housing organization with which the applicant has an existing relationship (e.g., the applicant has provided technical assistance or funding to the local self-help housing organization); or

(3) A local public or private nonprofit self-help housing organization with which the applicant does not have an existing relationship, but to which the applicant will provide necessary technical assistance and mentoring as part of funding under the application.

You must carry out eligible activities or you must enter into an agreement to fund affiliates to carry out eligible activities. If you are a consortium, each of your affiliates must be linked to an individual consortium member.

Your application may not propose to fund any affiliate or consortium member that is also included in another SHOP application. You must ensure that any affiliate or consortium member under your FY 2006 application is not also seeking FY 2006 SHOP funding from another SHOP applicant. If an affiliate applies for funds through more than one applicant, it may be disqualified for any funding.

*B. Cost Sharing or Matching*

There is no match requirement for the SHOP funds. However, you are expected to leverage resources for the construction of self-help housing assisted with SHOP. Failure to provide documentation of leveraged resources that meet the submission requirements for firm commitments as stated in factor 4 will result in a lower application score.

*C. Other*

1. Eligible Activities

The costs of eligible activities may be incurred by the applicant (and by affiliates, if permitted by the applicant) after the publication date of the NOFA and charged to the SHOP grant, provided that the applicant and affiliates comply with the requirements of this NOFA (including relocation and environmental review requirements) and costs are included in the application. Applicants and affiliates incur costs at their own risk, because applicants that do not receive a SHOP grant cannot be reimbursed or reimburse affiliates.

Eligible activities are:
a. Land acquisition, including financing and closing costs, which may include reimbursing an organization, consortium, or affiliate, upon approval of any required environmental review, for non-grant amounts expended by the organization, consortium, or affiliate to acquire land before completion of the review;
b. Infrastructure improvements, including installing, extending, constructing, rehabilitating, or otherwise improving utilities and other

infrastructure, including removal of environmental hazards; and
c. Administration, planning, and management development, including the costs of general management, oversight, and coordination of the SHOP grant, staff and overhead costs of the SHOP grant, costs of providing information to the public about the SHOP grant, costs of providing civil rights information to local affiliates as well as any expenses involved in affirmatively furthering fair housing, and indirect costs (such as rent and utilities) of the grantee or affiliate in carrying out the SHOP activities.

2. Threshold Requirements

HUD will not consider an application from an ineligible applicant. An applicant must meet all of the applicable threshold requirements listed in the General Section published on January 20, 2006, and the SHOP threshold requirements described below:
a. Organization and Eligibility. You must be eligible to apply under SHOP (see Section III.A.).
b. Non-Profit Status. You must describe how you qualify as an eligible applicant and provide evidence of your public or private nonprofit status, such as a current Internal Revenue Service (IRS) ruling that your organization is exempt from taxation under Section 501(c)(3) or 501(c)(4) of the Internal Revenue Code of 1986. If you are a consortium, each consortium member must submit evidence of its nonprofit status to the lead entity for inclusion in the consortium's application package.
c. Consortium Agreement. If you are a consortium, each consortium member must enter into and sign a consortium agreement for the purpose of applying for SHOP funds and carrying out SHOP activities. Your consortium agreement must be submitted as an appendix to your application.
d. Amount. The amount of SHOP funds requested must be sufficient to complete a minimum of 30 self-help housing units and may not exceed an average investment of $15,000 per unit.
e. Homebuyer Eligibility. Eligible homebuyers are low-income individuals and families (i.e., those whose incomes do not exceed 80 percent of the median income for the area, as established by HUD). You must specify the definition of "annual income" to be used in your proposed program. You may use one of the following three definitions of "annual income" to determine whether a homebuyer is income eligible under SHOP:
(1) "Annual income" as defined at 24 CFR 5.609; or

(2) "Annual income" as reported under the Census long-form for the most recent available decennial Census; or
(3) "Adjusted gross income" as defined for purposes of reporting under the IRS Form 1040 series for individual federal annual income tax purposes.

You may also adopt or develop your own definition of annual income for use in determining income eligibility under SHOP subject to review and approval by HUD. You must include your definition of "annual income" in your Program Summary.
f. Experience. You must demonstrate successful completion of at least 30 self-help homeownership units in a national or regional area within the 24-month period immediately preceding the publication of this NOFA. For dwellings to qualify as self-help homeownership units, the homebuyers must have contributed a significant amount of sweat-equity toward the construction as set forth in this section.
g. Sweat Equity. Your program must require homebuyers to contribute a minimum of 100 hours of sweat equity toward the construction or rehabilitation of their own homes and/or the homes of other homebuyers participating in the self-help housing program. In the case of a household with only one adult, the requirement is 50 hours of sweat equity toward the construction of these homes. Sweat equity includes training for construction on the dwelling units, but excludes homebuyer counseling and home maintenance training. All homebuyers must meet these minimum hourly sweat equity requirements; however, grantees must permit reasonable accommodations for persons with disabilities in order for them to meet the hourly requirements. For example, homebuyers with disabilities may work on less physical tasks or administrative tasks to meet this requirement or a volunteer(s) may enter into an agreement to substitute for the disabled person.
h. Community Participation. Your program must involve community participation in which volunteers assist in the construction or rehabilitation of dwellings. Volunteer labor is work performed by an individual without promise, expectation, or compensation for the work rendered. For mutual self-help housing programs that are assisted by the U.S. Department of Agriculture's Rural Housing Services/Rural Development under Section 523 of the Housing Act of 1949 (7 CFR Part 1944, subpart I) or which have a program design similar to the Section 523 program, the work by each participating family on other participating families'

homes may count as volunteer labor. A mutual self-help housing program generally involves 4 to 10 participating families organized in a group to use their own labor to reduce the total construction cost of their homes and complete construction work on their homes by an exchange of labor with one another.

i. Eligible Activities. You must use the SHOP funds for eligible activities (see Sections III.A. and IV.E.) and carry out the activities yourself or fund affiliates to carry out the activities.

3. Threshold Submission Requirements

In order for your application to be rated and ranked, all threshold requirements must be met. Threshold requirements 2(d) through (i) above do not require separate submissions, but must be addressed under the submission requirements for the rating factors listed below in Section V, Application Review Information Criteria.

4. Other Requirements

Other requirements applicable to the SHOP program are set forth in "Additional Nondiscrimination and Other Requirements" of the General Section. The following requirements also apply to SHOP:

a. Economic Opportunities for Low- and Very Low-Income Persons (Section 3). SHOP recipients must comply with Section 3 of the Housing and Urban Development Act of 1968 (Section 3), 12 U.S.C. 170lu (Economic Opportunities for Low- and Very Low-Income Persons in Connection with Assisted Projects), and the HUD regulations at 24 CFR part 135, including the reporting requirement of subpart E. Section 3 requires recipients to ensure that to the greatest extent feasible, training, employment, and other economic opportunities will be directed to low- and very-low income persons, particularly those who are recipients of government assistance for housing, and to business concerns that provide economic opportunities to low- and very-low income persons.

b. Real Property Acquisition and Relocation. SHOP projects are subject to the Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970, as amended (Uniform Act or URA) (42 U.S.C. 4601), and the government-wide implementing regulations issued by the U.S. Department of Transportation at 49 CFR Part 24. The Uniform Act is a federal law that establishes minimum standards for federally-funded programs and projects that require the acquisition of real property (real estate) or displace

persons from their homes, businesses, or farms. The Uniform Act's protections and assistance apply to the acquisition, rehabilitation, or demolition of real property for federal or federally-funded projects.

SHOP grantees and affiliates must comply with all applicable Uniform Act requirements in order to receive SHOP funds for their programs and projects; non-compliance could jeopardize SHOP funding. Real property acquisitions for a SHOP-assisted program or project conducted before completion of an environmental review and HUD's approval of a request for release of funds and environmental certification are also subject to the Uniform Act. SHOP grantees and affiliates must ensure that all such real property acquisitions comply with applicable Uniform Act requirements.

Generally, real property acquisitions conducted without the threat or use of eminent domain, commonly referred to as "voluntary acquisitions," must satisfy the applicable requirements and criteria of 49 CFR 24.101(b)(1) through (5). Evidence of compliance with these requirements must be maintained by the affiliate and submitted to and maintained by the SHOP grantee. It is also important to note that tenants who occupy property which may be acquired through voluntary means must be fully informed as to their eligibility for relocation assistance. This includes notifying such tenants of their potential eligibility when negotiations are initiated, notifying them if they become fully eligible, and, in the event the purchase of the property will not occur, notifying them that they are no longer eligible for relocation benefits. Evidence of compliance with these requirements must be maintained by the affiliate and submitted to and maintained by the SHOP grantee.

Additional information and resources pertaining to real property acquisition and relocation for HUD-funded programs and projects are available on HUD's Real Estate Acquisition and Relocation Web site at *http://www.hud.gov/relocation.* You will find applicable laws and regulations, policy and guidance, publications, training resources, and a listing of HUD contacts if you have questions or need assistance.

c. Environmental Requirements. The environmental review requirements for SHOP supersede the environmental requirements in the General Section. All SHOP assistance is subject to the National Environmental Policy Act of 1969 and related federal environmental authorities and regulations at 24 CFR part 58. SHOP grant applicants are cautioned that no activity or project may

be undertaken, or federal or non-federal funds or assistance committed, if the project or activity would limit reasonable choices or could produce an adverse environmental impact until all required environmental reviews and notifications have been completed by a unit of general local government, tribe, or state and until HUD approves a recipient's request for release of funds under the environmental provisions contained in 24 CFR part 58. Notwithstanding the preceding sentence, in accordance with section 11(d)(2)(A) of the Housing Opportunity Extension Act of 1996 and HUD Notice CPD–01–09, an organization, consortium, or affiliate may advance non-grant funds to acquire land before completion of an environmental review and HUD's approval of a request for release of funds and environmental certification. Any advances to acquire land prior to such approval are made at the risk of the organization, consortium, or affiliate, and reimbursement from SHOP funds for such advances will depend on the result of the environmental review.

d. Statutory and Program Requirements. SHOP is governed by Section 11 of the Housing Opportunity Program Extension Act of 1996 (42 U.S.C. 12805 note) (the Extension Act), and this NOFA. There are no program regulations. You must comply with all statutory requirements applicable to SHOP as cited in Section I, Funding Opportunity Description, and the program requirements cited in this NOFA. Pursuant to these requirements, you must:

(1) Develop, through significant amounts of sweat-equity by each homebuyer and volunteer labor, at least 30 dwelling units at an average cost of no more than $15,000 per unit of SHOP funds for land acquisition and infrastructure improvements;

(2) Use your grant to leverage other sources of funding, including private or other public funds, to complete construction or rehabilitation of the housing units;

(3) Develop quality dwellings that comply with local building and safety codes and standards that will be made available to homebuyers at prices below the prevailing market price;

(4) Schedule SHOP activities to expend all grant funds awarded and substantially fulfill your obligations under your grant agreement, including timely development of the appropriate number of dwelling units. Grant funds must be expended within 24 months of the date that they are first made available for draw-down in a line of credit established by HUD for the

grantee, except that grant funds provided to affiliates that develop five or more units must be expended within 36 months; and

(5) Not require a homebuyer to make an up-front financial contribution to a housing unit other than cash contributed for down payment of closing cost at the time of acquisition.

## IV. Application and Submission Information

### A. Address To Request Application Package

This NOFA contains all the information necessary for national and regional nonprofit organizations and consortia to submit an application for SHOP funding. This section describes how you may obtain application forms and additional information about the SHOP program NOFA. Copies of the published SHOP NOFA and related application forms for this NOFA may be downloaded from the grants.gov website at *www.grants.gov/Apply*. If you have difficulty accessing the information, you may receive customer support from Grants.gov by calling its help line at (800) 518–GRANTS or sending an email to *support@grants.gov*. If you do not have Internet access and you need to obtain a copy of this NOFA, you may contact HUD's NOFA Information Center toll-free at (800) HUD–2209, or hearing and speech challenged persons may call (800) HUD–2209 (TTY).

1. *Application Kit.* There is no application kit for this program. All the information you need to apply is contained in this NOFA and available at *www.grants.gov/Apply*. The NOFA forms are available to be downloaded from *www.grants.gov/Apply*. Pay attention to the submission requirements and format for submission specified for this NOFA to ensure that you have submitted all required elements of your application.

The published **Federal Register** document is the official document that HUD uses to solicit applications. Therefore, if there is a discrepancy between any materials published by HUD in its **Federal Register** publications and other information provided in paper copy, electronic copy, or at *www.grants.gov*, the **Federal Register** publication prevails. Be sure to review your application submission against the requirements in the **Federal Register** for this NOFA.

2. *Guidebook and Further Information.* See the General Section.

### B. Content and Form of Application Submission

You must meet all application and submission requirements described in the General Section. Your application should consist of the items listed in the section below called Assembly Format and Content. HUD's standard forms can be found in the application found on Grants.gov or HUD's website at *http://www.hud.gov/offices/adm/grants/nofa06/snofaforms.cfm*.

1. Page Limits

There are page limits for responses to the five rating factors. A national or regional organization is limited to 50 pages of narrative to respond to the five rating factors. A consortium is permitted up to 10 additional pages to address the past experiences of its individual consortium members. Required appendices, forms, certifications, statements, and assurances are not subject to the page limitations. All pages must be numbered sequentially 1 through 50 or 60, for factors 1 through 5. Your application may contain only the narrative statements that address the five rating factors and the required forms, certifications, assurances, and appendices listed in Assembly Format and Content below. In responding to the five factors, information must be included in your narrative response to each factor, unless this NOFA states that it should be included as an appendix. If you are submitting material using the fax method described in the General Section, the narrative should refer to the documents being faxed as part of your narrative response to the factor. Any supplemental information not required in the narratives or appendices requested by HUD that further explains information required in the five factors will not be reviewed for consideration in the scoring of the application.

2. Assembly Format and Content

Your FY 2006 application will be comprised of an Application Overview, Narrative Statements (rating factors), Forms, and Appendices. In order to receive full consideration for funding, you should use the following checklist to ensure that all requirements are addressed and submitted with your electronic application.

a. Application Overview (Not subject to the page limitations)

____ SF–424, Application for Federal Assistance (signed by the Authorized Organization Representative (AOR) who is legally authorized to submit the application on behalf of the applicant and has been approved by the eBusiness Point of Contact to submit the application via Grants.gov. (See the General Section.)

____ SF–424 Supplement, Survey on Ensuring Equal Opportunity for Applicants.

____ Self-Help Housing Organization Qualification—Narrative describing qualification as an eligible applicant and Evidence of Nonprofit Tax Exempt Status (in accordance with Section III.C. of this NOFA).

____ Consortium Agreement, if applicable.

____ Program Summary (including definition of "annual income").

b. Narrative Statements Addressing: (Subject to the page limitations described above.)

____ Factor 1—Capacity of the Applicant and Relevant Organizational Staff. (including organizational chart).

____ Factor 2—Need/Extent of the Problem.

____ Factor 3—Soundness of Approach.

____ Factor 4—Leveraging Resources.

____ Factor 5—Achieving Results and Program Evaluation.

c. Forms, Certifications, and Assurances: (Not subject to the page limitations.)

____ HUD–424CB, Grant Application Detailed Budget.

____ HUD–424–CBW, Grant Application Detailed Budget Worksheet.

____ SF–LLL, Disclosure of Lobbying Activities, as applicable.

____ HUD–2880, Applicant/Recipient Disclosure/Update Report.

____ HUD–2990, Certification of Consistency with the RC/EZ/EC–II Strategic Plan.

____ HUD–96011, Facsimile Transmittal (required for electronic submissions of third party documents).

____ HUD–2994–A, You Are Our Client Grant Applicant Survey (optional)

____ HUD–96010, Program Outcome Logic Model.

d. Appendices: (Not subject to the page limitations.)

____ A copy of your code of conduct (see the General Section).

____ Leveraging documentation—firm commitment letters (see factor 4).

____ Survey of potential affiliates, if applicable (see factor 2).

____ Demonstration of past performance for new applicants (see factor 5).

____ HUD–27300, Questionnaire for HUD's Initiative on Removal of Regulatory Barriers (see factor 3).

____ Evaluative criteria for Removal of Regulatory Barriers to Affordable Housing in affiliate selection process, if applicable (see factor 3).

e. Certifications and Assurances. Applicants are placed on notice that by signing the SF–424 cover page noted above in 2.a., Application Overview, the applicant is certifying to all information

described in Section IV.B.2 ("Certifications and Assurances") in the General Section.

*C. Submission Date and Time*

The application deadline date is May 24, 2006. The electronic application must be received and validated by Grants.gov by the application deadline date. If an applicant is granted a waiver to the electronic application submission requirement, the application must be received at the appropriate HUD Office(s) by the application deadline date (see General Section).

*D. Intergovernmental Review*

Executive Order 12372 review does not apply to SHOP.

*E. Funding Restrictions*

1. Administrative Costs

Administrative costs may not exceed 20 percent of any SHOP grant. Indirect costs may only be charged to the SHOP grant under a cost allocation plan prepared in accordance with OMB Circular A–122.

2. Pre-Agreement Costs

After the publication date of the NOFA, but before the effective date of the SHOP Grant Agreement, an applicant and affiliates, if permitted by the applicant, may incur costs that may be charged to its SHOP grant provided the costs are eligible (see Section III.C.1.) and in compliance with the requirements of this NOFA (including relocation and environmental review requirements) and the application. Applicants and affiliates incur costs at their own risk, because applicants that do not receive a SHOP grant cannot be reimbursed or reimburse affiliates.

3. Ineligible Costs

Costs associated with the rehabilitation, improvement, or construction of dwellings and any other costs not identified in Section III.C.1. are not eligible uses of program funds. Acquiring land for land banking purposes (i.e., holding land for an indefinite period) is an ineligible use of SHOP funds. Acquisition undertaken by the applicant or its affiliate before the publication date of the NOFA is not an eligible cost. SHOP funds may not be expended on a property unless its acquisition by the grantee, subgrantee, or its affiliates complies with the Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970 (URA). These requirements also apply to the reimbursement of pre-agreement costs (see Section IV.E.2).

*F. Other Submission Requirements*

You must meet all submission requirements described in the General Section. Refer to the General Section for detailed submission instructions, including methods and deadlines for submission.

3. No Facsimiles or Videos. HUD will not accept an entire application sent by facsimile (fax). However, third-party documents or other materials sent by facsimile in compliance with the submission requirements and received by the application submission date will be accepted. Facsimile corrections to technical deficiencies will not be accepted. Videos submitted as part of an application will not be viewed.

4. Applications must be received and validated by Grants.gov by the application deadline date.

**V. Application Review Information**

*A. Criteria*

Rating Factor 1: Capacity of the Applicant and Relevant Organizational Staff (25 Points)

This factor examines the extent to which you, as a single applicant or consortium (including individual consortium members), have the experience and organizational resources necessary to carry out the proposed activities effectively and in a timely manner. Any applicant that does not receive at least 15 points under this factor will not be eligible for funding.

In evaluating this factor, HUD will consider your recent and relevant experience in carrying out the activities you propose (including experience in developing accessible/visitable housing), and your administrative and fiscal management capability to administer the grant, including the ability to account for funds appropriately. All applicants, including individual consortium members, must have capacity and experience in administering or facilitating self-help housing. If you are sponsoring affiliate organizations that do not have experience in developing self-help housing, HUD will assess your organization's experience in providing technical assistance and the ability to mentor new affiliates.

Submission Requirements for Rating Factor 1

a. Past Experience (10 points). You must describe the past experience of your organization and key staff in carrying out self-help housing activities (specify the time frame during which these activities occurred) that are the same as, or similar to, the activities you propose for funding, and demonstrate that you have had reasonable success in carrying out and completing those activities. You must include the average number of sweat equity hours provided per homebuyer family, and the average number of volunteer labor hours provided per unit. You may demonstrate reasonable success by showing that your previous activities were carried out as proposed, consistent with the time frame you proposed for completion of all work.

b. Management Structure (12 points). You must provide a description of your organization's or consortium's management structure, including an organizational chart. You must also describe your key staff and their specific roles and responsibilities for day-to-day management of your proposed SHOP program. You must indicate if you will or will not be working with organizations that are inexperienced in carrying out self-help housing and describe how you will provide technical assistance and mentor these organizations to develop capacity either directly or indirectly.

c. Experience Developing Accessible Housing (3 points). You must demonstrate your experience in and ability to construct and alter self-help housing by describing the kinds of features that you have used to design homes in accordance with universal design and visitability standards, or otherwise make homes physically accessible. You must provide data on the number of accessible units you have completed and the time frame during which units were constructed and/or altered.

Rating Factor 2: Need/Extent of the Problem (10 Points)

This factor examines the extent to which you demonstrate an urgent need for SHOP funds in your proposed target areas based on the need for affordable housing, using quality data with source to substantiate that need.

The purpose of this factor is to make sure that funding is provided where a need for funding exists. Under this factor, you must identify the community need or needs that your proposed SHOP activities are designed to address. If you plan to select some or all affiliates after application submission, you must demonstrate how the selection of affiliates will help to address the needs identified in the proposed target areas.

Submission Requirements for Rating Factor 2

Extent of Need for Affordable Housing (10 points). You must establish the need for affordable housing and the specific

need for SHOP funds in the communities or areas in which your proposed activities will be carried out. You must specifically address the need for acquisition and/or infrastructure assistance for self-help housing activities in these identified areas and how your proposed SHOP activities meet these needs. Also, to the extent information is available, you must address the need for accessible homes in the target area(s); evidence of housing discrimination in the target area(s); and any need for housing shown in the local Analysis of Impediments to Fair Housing Choice, if appropriate. Applicants that select affiliates after application submission must submit a list of affiliates they surveyed and upon which they are basing their need for SHOP funding, as well as the specific criteria to be used to select communities or projects based on need.

In reviewing applications, HUD will consider the extent, quality, and validity of the information and data submitted that addresses the need for affordable housing in the target area. Such information must include:

a. *Housing market data* in the proposed target areas including, but not limited to: Low-income, minority, and disability populations; number of home sales and median sales price; and homeownership, rental, and vacancy rates. This information can be obtained from state or regional housing plans, the American Housing Survey, the United States Census, Home Mortgage Disclosure Act data or other local data sources, such as Consolidated Plans, comprehensive plans, local tax assessor databases, or relevant realtor information. Data included in your application must be recent and specific to your proposed target areas; and

b. *Housing problems in the proposed target areas* such as overcrowding, cost burden, housing age or deterioration, low homeownership rate (especially among minority families, families with children, and families with members with disabilities), and lack of adequate infrastructure or utilities.

Rating Factor 3: Soundness of Approach (45 Points)

This factor examines the quality and soundness of your plan to carry out a self-help housing program. In evaluating this factor HUD will consider the areas described below:

a. Your proposed use of SHOP funds, including the number of units and the type(s) of housing to be constructed, and the use of sweat equity and volunteer labor; your schedule for expending funds and completing construction, including interim milestones; the

proposed budget and cost effectiveness of your program; your plan to reach all potentially eligible homebuyers, including those with disabilities and others least likely to apply; and your procedures for meeting section 3 requirements.

b. How your planned activities further the five HUD policy priorities that apply specifically to SHOP in FY 2006 as described in the General Section. The policy priorities for SHOP are:

(1) Providing increased homeownership opportunities for low- and moderate-income persons, persons with disabilities, the elderly, minorities, and families with limited English proficiency;

(2) Encouraging accessible design features: Visitability in new construction and substantial rehabilitation and universal design;

(3) Providing full and equal access to grassroots, faith-based, and other community-based organizations in HUD program implementation;

(4) Participation in Energy Star; and

(5) Removal of regulatory barriers to affordable housing.

c. How you plan to meet section 3 requirements for jobs and training and contracting opportunities for SHOP-funded infrastructure improvements.

Submission Requirements for Rating Factor 3

Activities. Describe the types of activities that you propose to fund with SHOP and the proposed number of units to be assisted with SHOP funding, the housing type(s) (single family or multifamily, or both) to be assisted and the form of ownership (fee simple, condominium, cooperative, etc.) you propose to use.

a. Sweat Equity and Volunteer Labor (7 points). Describe your program's requirements for sweat equity and volunteer labor (*i.e.*, types of tasks and numbers of hours required for both sweat equity and volunteer labor) and how you will provide reasonable accommodations for persons with disabilities by identifying sweat equity assignments that can be performed by the homebuyer regardless of the disability, such as doing administrative, clerical, organizational, or other office work or minor tasks on site. Reasonable accommodation can include sweat equity by the homebuyer that can be performed regardless of the disability or substitution of a non-homebuyer designee(s) to perform the sweat equity assignments on behalf of the homebuyer. Volunteers substituting for disabled homebuyers must enter into an agreement to complete the work on behalf of the homebuyers. Include the

dollar value of both the sweat equity and volunteer labor contributions and specify the amount by which these contributions will reduce the sales price to the homebuyer. Applicants showing a larger reduction of the sales price as a result of the homebuyer's sweat equity and volunteer labor contributions will receive a higher score.

b. Funds Expenditure, Construction, and Completion Schedules (7 points). Submit a construction and completion schedule that expends SHOP funds and substantially fulfills your obligations if you are funded. You must provide a definition of "substantially fulfills" by specifically stating the percentage or number of properties that you propose to be completed and conveyed to homebuyers at the time all grant funds are expended. Your construction schedule must include the number of dwelling units to be completed within 24 months or, in the case of affiliates that develop five or more units, within 36 months, and a time frame for completing any unfinished units.

Your schedule must also include (1) milestones or benchmarks against which HUD can measure your progress in selecting local affiliates if they are not specifically identified in the application, (2) expending funds, and (3) completing acquisition, infrastructure, and housing construction activities within these schedules. These milestones or benchmarks should be established at reasonable intervals (*e.g.*, monthly, quarterly).

c. Budget (7 points). Provide a detailed budget including a breakdown for each proposed task and each budget category (acquisition, infrastructure improvements, and administration) funded by SHOP in the HUD–424–CB and 424–CBW. If SHOP funds will be used for administration of your grant, you must include the cost of monitoring consortium members and affiliates at least once during the grant period. Your detailed budget must also include leveraged funding to cover costs of completing construction of the proposed number of units. Budget amounts on the HUD–424–CB and 424–CBW must agree with amounts stated elsewhere in the application.

d. Cost Effective (6 points). Demonstrate the extent to which the investment of SHOP funds, the contribution of sweat equity and volunteer labor, and any donations to your SHOP program (*e.g.* land, building materials) reduce the average sales price below the appraised value of the house or market value of comparable housing.

e. Policy Priorities (6 points). Describe how each of the five HUD policy priorities identified specifically for

SHOP is furthered by your proposed activities. You will receive up to one point for each of the first four policy priorities based on how well your proposed work activities address the specific policy. You can receive up to two points for how well you address policy priority (5), removal of regulatory barriers to affordable housing, for which you must submit form HUD–27300, Questionnaire for HUD's Initiative on Removal of Regulatory Barriers. Applicants are encouraged to read HUD's notices published in the **Federal Register** on March 22 (69 FR 13450) and April 21 (69 FR 21663), 2004, to obtain an understanding of this policy priority and how it can impact your score. There are exceptions as provided below.

Applicants that identify affiliate organizations and jurisdictions to be served in their application to HUD should address the questions in Part A or Part B of form HUD–27300 for the jurisdiction in which the majority or plurality of services will be performed.

Applicants that do not identify affiliates and communities to be served in their application to HUD, but select affiliates competitively or through another method after application submission to HUD, may address this policy priority by including it as an evaluative criterion in their affiliate selection process. Such applicants may receive up to two points by requiring affiliate applicants for the awarded SHOP funds to complete the questions in either Part A or B, as appropriate. In order to receive points, applicants that identify affiliates after application submission must include their evaluative criterion as an appendix, and, if awarded SHOP funds in FY 2005, must demonstrate how the evaluative criteria that were included in your FY 2005 application were implemented. You must also describe how the evaluative criteria in your FY 2005 SHOP program affected or will affect the selection and funding of affiliates for FY 2006, to the extent this has been completed. The narrative for your evaluative criteria does not count against the page limits described in Section IV.B.1, Page Limits.

Applicants applying for funds for projects located in local jurisdictions and counties/parishes are invited to answer the 20 questions under Part A. An applicant that scores at least five in column 2 will receive 1 point in the NOFA evaluation. An applicant that scores 10 or more in column 2 will receive 2 points in the NOFA evaluation. The community(ies) must be identified on the form HUD–27300.

Applicants applying for funds for projects located in unincorporated areas

or areas otherwise not covered in Part A are invited to answer the 15 questions in Part B. Under Part B, an applicant that scores at least four points in Column 2 will receive one point in the NOFA evaluation. An applicant that scores eight points or greater will receive a total of two points in the evaluation. The community(ies) must be identified on the form HUD–27300.

A limited number of questions on form HUD–27300 expressly request the applicant to provide brief documentation with its response. Other questions require that, for each affirmative statement made, the applicant supply a reference, Web site address, or brief statement indicating where the back-up information may be found, and a point of contact, including a telephone number or e-mail address.

f. *Program Outreach* (5 points). Describe materials or services that will be used to reach potential homebuyers, including persons least likely to apply. For example, what alternative formats will be used to reach persons with a variety of disabilities and what language accommodations will be made for persons with limited English proficiency.

g. *Performance and Monitoring* (5 points). Describe your plan for overseeing the performance of consortium members and affiliates, including a plan for monitoring each consortium member and affiliate for program compliance at least once during the term of the grant. Your plan should address when and how you will shift funds among consortium members and affiliates to ensure timely and effective use of SHOP funds within the schedule submitted for item b. above.

h. *Section 3* (2 points). Under section 3 of the Housing and Urban Development Act of 1968, to the greatest extent feasible, opportunities for job training and employment arising in connection with housing rehabilitation, housing construction, or other public construction projects must be given to low- and very low-income persons in the metropolitan area (or non-metropolitan county) in which the project is located. In addition, to the greatest extent feasible, contracts for work to be performed in connection with housing rehabilitation, housing construction, or other public construction projects are given to business concerns that provide economic opportunities for low- and very low-income persons in the metropolitan area (or non-metropolitan county) in which the project is located. The regulations implementing section 3 are found at 24 CFR Part 135. Because SHOP funds may only be used for

acquisition and infrastructure improvements, section 3 requirements apply only to SHOP projects for which the amount of SHOP funds for infrastructure improvements (together with any other covered section 3 housing and community development assistance for infrastructure) meets the threshold amount of $200,000. Based on the SHOP maximum average investment of $15,000 per unit, section 3 would generally only apply to a SHOP project with at least 14 units where the entire SHOP amount (if no other covered section 3 housing and community development assistance is provided to the grantee or affiliate for infrastructure) is $200,000 or more. Regardless of whether the section 3 threshold is met, all applicants are required to describe procedures they have in place for section 3 compliance in the event that they meet the section 3 threshold in carrying out their proposed SHOP activities. You must clearly explain your procedures for complying with these requirements (1) for projects you undertake directly, and (2) for projects undertaken by affiliates. In the case of projects undertaken by affiliates, your procedures must state how you will inform affiliates of their responsibilities under section 3 and how you will monitor compliance. One point will be awarded for addressing job training and employment opportunities. One point will be awarded for addressing contracting opportunities.

Rating Factor 4: Leveraging Resources (10 Points)

This factor addresses your ability to secure other resources that can be combined with HUD's program resources to fully fund your proposed program. When combined with the SHOP grant funds, homebuyer sweat equity, and volunteer labor, your leveraged resources must be sufficient to develop the number of units proposed in your application. HUD will consider only those leveraging contributions for which current firm commitments as described in this factor are submitted. A firm commitment means a written agreement under which the applicant, a partner, or an entity agrees to perform services or provide resources for an activity specified in your application. Firm commitments in the form of cash funding (e.g., grants or loans), in-kind contributions, donated land and construction materials, and donated services will count as leverage. Leveraging does not include the dollar value of sweat equity and volunteer labor for your proposed activities. Leveraging does not include financing provided to homebuyers. However,

financing provided through the U.S. Department of Agriculture's Section 502 direct loans to homebuyers for construction of their dwellings counts as leveraging for mutual self-help housing programs. Firm commitments must be substantiated by the documentation described below.

Submission Requirements for Rating Factor 4

Firm Commitments of Resources (10 points). Provide firm commitments (letters, agreements, pledges, etc.) of leveraged resources or services from the source of the commitment. In order to be considered, leveraged resources or services must be committed in writing and include your organization's name, the contributing organization's name (including designation as a federal, state, local, or private source), the proposed type of commitment, and dollar value of the commitment as it relates to your proposed activities. Each letter of commitment must be signed by an official of the organization legally able to make the commitment on behalf of the organization. See Other Submission Requirements, of the General Section regarding the procedures for submitting third-party documentation. Each letter of commitment must specifically support your FY 2006 SHOP application or specific projects in your FY 2006 application. If your organization depends upon fundraising and donations from unknown sources/providers, you must submit a separate letter committing a specific amount of dollars in fundraising to your proposed FY 2006 SHOP program. Likewise, if you have received funds from organizations and agencies from previous years that are not committed to another activity and you have the sole discretion to commit these funds to your FY 2006 SHOP program, you must submit a separate letter committing these dollars to your FY 2006 SHOP program. In all instances, the dollar amount must be stated in the letters. Letters of commitment may be contingent upon your receiving a grant award. Letters of commitment must be included as an appendix to your application, and do not count toward the page limitation noted in Section IV.B.1. Unsigned, undated, or outdated letters, letters only expressing support of your organization or its proposal, or those not specifically stating the dollar amount or linking the resources to your FY 2006 SHOP application or specific projects in your FY 2006 application do not count as firm commitments.

To receive full credit for leveraging, an applicant's leveraging resources must

be clearly identified for its FY 2006 SHOP application and must total at least 50 percent of the amount shown on forms HUD–424–CB needed to complete all properties, minus the proposed SHOP grant amount, homebuyer sweat equity, and volunteer labor.

Rating Factor 5. Achieving Results and Program Evaluation (10 Points)

This factor assesses an applicant's past performance and emphasizes HUD's determination to track whether applicants meet commitments made in their applications.

a. Past Performance. For applicants that previously received SHOP grants, HUD will assess your organization's past performance based upon performance reports that demonstrate your organization's completion of eligible SHOP activities, the number of families provided housing, financial status information focusing on timely use of funds, and other program outcomes. HUD will consider whether you had funds deobligated for failure to meet your drawdown and construction schedules or funds were returned because of monitoring findings or other program deficiencies. HUD will also use monitoring reports, audit reports, and other information available to HUD in making its determination under this factor. For applicants that received SHOP grants in previous years, HUD will assess your success in meeting benchmarks in the most recent three years of participation in the program. If you are not a current SHOP grantee, you must summarize your performance in undertaking similar activities during the past three years. You must supplement your narrative with internal or external performance reports or other information that will assist HUD in making this determination, and submit it as an appendix. Supplemental information and reports from applicants that have not received SHOP grants do not count against the page limitations.

b. Logic Model. HUD requires SHOP applicants to develop an effective, quantifiable, outcome-oriented evaluation plan for measuring performance and determining whether goals have been met using the Master Logic Model for SHOP, which can be found in the download instructions portion at www.grants.gov. In preparing your logic model you must first open the form HUD–96010 and go to the instruction tab and follow the directions in the tab. "Outcomes" are benefits accruing to the families and/or communities during or after participation in SHOP. The self-help housing units developed are outputs as described under this factor, not

outcomes. Applicants must clearly identify the outcomes to be achieved and measured. Examples of outcomes for SHOP include increasing the homeownership rate in a neighborhood or among low-income families by a certain percentage, increasing financial stability (e.g., increasing assets of the low-income homebuyer households through home equity accumulation or reducing total housing costs compared to rents that SHOP participants previously paid) or increasing housing stability during and beyond the grantee's period for reporting on property completions. See Reporting in Section VI.C. Outcomes must be quantifiable.

In addition, applicants must establish interim benchmarks for which outputs lead to the ultimate achievement of outcomes. "Outputs" are the direct products of the applicant's program activities. Examples of outputs for SHOP include the number of houses constructed, number of sweat equity hours, or number of homes rehabilitated. Outputs should produce outcomes for your program. Outputs must be quantifiable.

"Interim benchmarks" are steps or stages in your activities that, if reached or completed successfully, will result in outputs for your program. Examples of interim benchmarks for SHOP include income-qualifying homebuyers, obtaining building permits, or securing construction materials and equipment.

Program evaluation requires that you identify program outcomes, outputs, benchmarks, and performance indicators that will allow you to measure your performance. Performance indicators must be objectively quantifiable and measure actual achievements against anticipated achievements. Your evaluation plan must identify what you are going to measure, how you are going to measure it, and the steps you have in place to make adjustments to your work plan if performance targets are not met within established time frames. This factor reflects HUD's goal to embrace high standards of ethics, management, and accountability. Successful applicants will be required to periodically report on their progress in achieving the proposed outcomes identified in the application. Applicants should refer to the General Section for more information on the Master Logic Model.

Submission Requirements for Rating Factor 5

a. Past Performance (7 Points). For applicants that received SHOP grants in previous years, you must summarize your past performance, including any

delays you encountered and the mitigating actions taken to overcome them to successfully complete your program. HUD will measure your past performance using monitoring reports, audit reports, quarterly and annual reports, disbursement data, and other information currently in-house against what you stated you would do in your previous applications and your summary. New applicants must provide a summary of your performance in carrying out self-help housing, including any delays you encountered and the mitigating actions taken to overcome them to successfully complete your program. Your narrative summary must be supported by existing internal or external performance reports or other information that will assist HUD in measuring your performance for carrying out self-help housing. The supplemental reports and information must be included as an appendix and will not count against the page limitations.

b. Program Evaluation Plan (3 Points). For FY 2006, HUD has developed an e LogicModel™ that allows the applicant to select from drop down menus the elements of their program to be captured in the Logic Model. Instructions for the eLogic Model™ are found in Tab 1 of the form HUD–96011 found in the instructions download to your electronic application on *www.Grants.gov/Apply*. The Master Logic Model listing also identifies the unit of measure that HUD will collect for the output and outcome selected. Applicants must identify a unit of measure and establish a goal for each output and outcome. HUD expects applicants to identify more than one output and outcome. You must summarize your program evaluation plan that measures your own program performance. Your plan must measure the performance of individual consortium members and affiliates, including the standards and measurement methods, and the steps you have in place or how you plan to make adjustments if you begin to fall short of established benchmarks and time frames. For FY2006, HUD is considering a new concept for the Logic Model. The new concept is a Return on Investment (ROI) statement. HUD will be publishing a separate notice on the ROI concept.

*Review and Selection Process*

1. Factors for Award Used To Evaluate Applications

HUD will evaluate all SHOP applications that successfully complete technical processing and meet threshold

and submission requirements for Factors 1 through 5. The maximum number of points awarded for the rating factors is 100 plus the possibility of an additional 2 bonus points for RC/EZ/ EC–II.

2. RC/EZ/EC–II Bonus Points

Applicants may receive up to 2 bonus points for eligible activities that the applicant proposes to locate in federally designated Empowerment Zones (EZs), renewal communities (RCs), or enterprise communities (ECs) designated by the United States Department of Agriculture (USDA) in Round II (EC–IIs) that are intended to serve the residents of these areas and that are certified to be consistent with the area's strategic plan or RC Tax Incentive Utilization Plan for an urban or rural renewal community designated by HUD (RC) on the strategic plan for an enterprise community designed in round II by USDA (EC–II) . For ease of reference in this notice, all of the federally designated areas are collectively referred to as "RC/EZ/EC–IIs" and the residents of these federally designated areas as "RC/EZ/EC–II residents." The RC/EZ/EC–II certification, a valid HUD–2990 form, must be completed for an applicant to be considered for RC/EZ/EC–II bonus points. A list of RC/EZ/EC–IIs can be obtained from HUD's grants Web page at *www.hud.gov/offices/adm/grants/ fundsavail.cfm*. Applicants can determine if their program or project activities are located in one of these designated areas by using the locator on HUD's Web site at *www.hud.gov/ crlocator*. Copies of the certification can be found in the electronic application and on HUD's Web site at *http:// www.hud.gov/offices/adm/grants/ nofa05/snofaforms.cfm*. The certification must be completed and signed by the appropriate official in the RC/EZ/EC–II for an applicant to be considered for RC/EZ/EC–II bonus points. In addition to the RC/EZ/EC–II certification, applicants must provide the location of the EC/EZ/EC–II (name of town, city, state, or other locale) if not otherwise identified on the certification, and the number of units to be developed within the RC/EZ/EC–II in order to receive credit as noted in V.B.4, Ranking and Selection Procedures.

RC/EZ/EC–II bonus points will be awarded as follows: 2 Points to an applicant with over 25 percent of its proposed units in RC/EZ/EC–II; 1 point for 10 to 25 percent of units in RC/EZ/ EC–IIs; and 0 points below 10 percent of units in RC/EZ/EC–II zones.

3. Rating

Applications that meet all threshold requirements listed in Section III.C will be rated against the criteria in Factors 1 through 5 and assigned a score. Applications that do not meet all threshold factors will be rejected and not rated.

4. Ranking and Selection Procedures

Applications that receive a total of 75 points or more (without the addition of RC/EZ/EC–II bonus points) will be eligible for selection. After adding any bonus points for RC/EZ/EC–IIs HUD will place applications in rank order. HUD will consider rank order, funds availability, and past performance in the selection and funding of applications.

5. Technical Deficiencies

After the application submission date and consistent with regulations in 24 CFR part 4, subpart B, HUD may not consider any unsolicited information you may want to provide. However, HUD may contact you to clarify an item in your application or to correct technical deficiencies. In order not to unreasonably exclude applications from being rated and ranked, HUD may contact applicants to ensure proper completion of the application and will do so on a uniform basis for all applicants. However, HUD may not seek clarification of items or responses that improve the substantive quality of your response to any rating factor.

Examples of curable (correctible) technical deficiencies include inconsistencies in the funding request, a failure to submit certifications. In each case, HUD will notify you in writing by describing the clarification or technical deficiency. See the General Section for additional information.

*6. HUD's Strategic Goals to Implement HUD's Strategic Frameworks and Demonstrate Results*

See the General Section for HUD's Strategic Goals.

*7. Policy Priorities*

Refer to the General Section for information regarding application criteria addressing HUD's policy priorities.

**Note:** From all applications that receive SHOP funds, HUD intends to add relevant data obtained from the "Removal of Regulatory Barriers" policy priority factor to the database on state and local regulatory reform actions maintained at the Regulatory Barrier Clearinghouse Web site at *www.huduser.org.rbc/* used by states, localities, and housing providers to identify regulatory barriers and learn of exemplary local efforts at regulatory reform.

## VI. Award Administration Information

### A. Award Notices

1. HUD reserves the right to:

a. fund less than the amount requested by any applicant based on the application's rank, the applicant's past performance, and the amount of funds requested relative to the total amount of available funds; and/or

b. fund less than the full amount requested by any applicant to ensure a fair distribution of the funds and the development of housing on a national, geographically diverse basis as required by the statute.

HUD will not fund any portion of an application that is ineligible for funding under program threshold requirements in Section III.C. or which does not meet other threshold and pre-award requirements in Section III.C. The minimum grant award shall be the amount necessary to complete at least 30 units at an average investment of not more than $15,000 per unit or a lesser amount if lower costs are reflected in the application. If any funds remain after all selections have been made, these funds may be available for subsequent competitions.

### 2. Debriefing

For a period of at least 120 days, beginning 30 days after the awards for assistance are publicly announced, HUD will provide to a requesting applicant a debriefing related to its application. A debriefing request must be made in writing or by email by its authorized official whose signature appears on the SF–424 or his or her successor in the office and submitted to Ms. Lou Thompson, Office of Affordable Housing Programs, U.S. Department of Housing and Urban Development, 451 Seventh Street, SW., Room 7164, Washington, DC 20410–7000. Information provided during a debriefing will include, at a minimum, the final score you received for each rating factor, final evaluation comments for each rating factor, and the final assessment indicating the basis upon which assistance was provided or denied.

### B. Administrative and National Policy Requirements

1. Grantees are required to comply with the following administrative and financial requirements: A–122 Cost Principles for Non-Profit Organizations; A–133 (Audits of States, Local Governments, and Non-Profit Organizations); and the regulations at 24 CFR part 84 (Grants and Agreements with Institutions of Higher Education, Hospitals, and other Non-Profit Organizations).

2. Copies of the OMB Circulars may be obtained from EOP Publications, Room 2200, New Executive Office Building, Washington, DC 20503, telephone (202) 395–3080 (this is not a toll-free number) or (800) 877–8339 (toll-free TTY Federal Information Relay Service) or from the Web site at *www.whitehouse.gov/omb/circulars/index.html.*

3. Refer to all award administration information requirements described in Section VI ("Award Administration Information") of the General Section.

### C. Reporting

Grantees are required to submit quarterly and annual (consortium members/affiliates) reports providing data on the construction status, unit characteristics, and income and racial and ethnic composition of homeowners in SHOP-funded properties. For each reporting period, as part of the required quarterly report to HUD, grant recipients must include a completed Logic Model (form HUD–96010), which updates the output and outcome achievements identified in your application with which HUD can evaluate the effectiveness of the SHOP funding. Applicants are also required to report annually their response to the management questions contained in the eLogic model ™ for the SHOP program.

## VII. Agency Contact

### Further Information and Technical Assistance

Before the application due date, HUD staff may provide general guidance and technical assistance about this NOFA. However, staff is not permitted to assist in preparing your application. Also, following selection of applicants, but before awards are announced, staff may assist in clarifying or confirming information that is a prerequisite to the offer of an award. You may contact Ms. Lou Thompson, SHOP Program Manager, Office of Affordable Housing Programs, U.S. Department of Housing and Urban Development, 451 Seventh Street, SW., Room 7164, Washington, DC 20410–7000, telephone (202) 708–2684 (this is not a toll-free number). This number can be accessed via TTY by calling the toll-free Federal Information Relay Service Operator at (800) 877–8339. For technical support for downloading an application or electronically submitting an application, please call Grants.gov Customer Support at 800–518-GRANTS (this is not a toll-free number) or e-mail to *support@grants.gov.*

## VIII. Other Information

A. Review Section VIII.A., B., E., F., G., and H. ("Other Information") of the General Section, and note that these subsections are incorporated by reference into this NOFA.

### B. Paperwork Reduction Act

The information collection requirements contained in this document were approved by the Office of Management and Budget (OMB) under the Paperwork Reduction Act of 1995 (44 U.S.C. 3501–3520) and assigned OMB control number 2506–0157. In accordance with the Paperwork Reduction Act, HUD may not conduct or sponsor, and a person is not required to respond to, a collection of information unless the collection displays a currently valid OMB control number. Public reporting burden for the collection of information is estimated to average 60 hours per annum per respondent for the application and grant administration. This includes the time for collecting, reviewing, and reporting the data for the application, quarterly and annual reports, and final report. The information will be used for grantee selection and monitoring the administration of funds. Response to this request for information is required in order to receive the benefits to be derived.

**BILLING CODE 4210–01–P**

# EXHIBIT 2



U.S. Department of Housing and Urban Development

**Finding and applying for grants is easy! Go to www.grants.gov**



# Finding and Applying for Grant Opportunities

## Information for Applicants and Grantees

This brochure will walk you through the process of finding and applying for grant opportunities. HUD also has a brochure, "Step by Step: Your Guide to Registering for Grant Opportunities", that will take you step by step through the Grants.gov registration process. It can be obtained at www.hud.gov/grants.

*You must be registered with Grants.gov before you can apply for grants online.*



EQUAL HOUSING
OPPORTUNITY
March 2006

**Register Early!**

# FINDING A GRANT OPPORTUNITY

Grants.gov is the Federal Government's web site for posting funding opportunities from all Federal agencies. It is a single source for finding opportunities and applying for funds electronically when an agency posts an electronic application.

## Search for Grant Opportunities

To begin your search for grant opportunities, log in to www.grants.gov and select **Find Grant Opportunities** and select **Search for Grant Opportunities.**

You can search in the following ways:
- Basic Search
  - By Keyword
  - By Funding Opportunity Number
  - By Catalog of Federal Domestic Assistance (CFDA) Number
- Browse By Category (e.g., housing)
- Browse By Agency
- Advanced Search
  - By All Categories

## Receive Grant Opportunity Emails

You can also subscribe to receive email notifications of new grant postings. When you sign up for this service, Grants.gov will automatically notify you via email when a new grant has been posted. Select **Find Grant Opportunities** and click on **Receive Grant Opportunity Emails.**

You can receive email notifications of grant opportunities grouped in the following ways:
- By Funding Opportunity Number
- Advanced Criteria
  - By Category of Funding Activity (e.g., housing)
  - By Funding Instrument Type (e.g., grant)
  - By Selected Eligible Applicant Type (e.g., nonprofit, State, etc.)
  - By CFDA Number
  - By Agency
- By all grant notice categories (You can choose to receive all grant notices or limit your selection.)

Note: You may also access Grants.gov Program List to review CFDA Numbers for programs with applications currently available. Go to www.grants.gov, select **Apply for Grants**, select **Grants.gov Program List.**

Once you find a Funding Opportunity or CFDA Number for the grant for which you want to apply, jot it down. You will need it to download a grant application and apply for a grant.

On some browsers, it may be necessary to hold down the **CONTROL** or **SHIFT** key to select multiple items. You can select all that apply.

# APPLYING FOR A GRANT

## Apply Step 1: Download Application Instructions and Download a Grant Application Package

### Download Application Instructions

1. To download the Application Instructions, go to www.grants.gov and select **Apply for Grants.**
2. Click on **Download a Grant Application Package and Application Instructions.**
3. At the next screen, enter either the CFDA Number, Funding Opportunity Number **OR** Funding Opportunity Competition ID to access the application package and instructions. If you enter more than one, you will not find the instructions. Click **Download Package.**
4. At the next screen, click on **Download** at the **Instructions & Application** box. The instructions contain the SuperNOFA General Section and Program Notice of Funding Availability (NOFA) along with any additional forms not found in the PureEdge application that you will need to create a complete application submission.
5. At the next screen, select **Download Application Instructions.** Also, at this screen, you can sign up to receive notice of any changes to the Opportunity by submitting your email address. You will be emailed in the event the Opportunity is changed and republished on Grants.gov before its closing date.
6. At the next two dialogue boxes, click **Yes** to continue and then click **Save** to save the instructions to your computer.
7. At the next screen, select a location on your computer to **Save** the **Application Instructions.** Write down the location where you saved the instructions so you can find them later.
8. The next dialogue box will indicate – **Download Complete.** Click on **Close.** This will return you to the **Download Opportunity Instructions and Application** page where you can download the application package.

**Download a Grant Application Package**

. To download the Application Package, from the **Download Opportunity Instructions and Application** page, select **Download Application Package.**

. It is recommended that you immediately **Save** the application after it opens. Click on the **Save** button. Give the application a file name and **Save** the application in the location where you saved the **Application Instructions.** Click **Save.**

ou can save, close, and return to the application ackage and instructions at any time; however, ou will need to remember where you saved ιem.

ote: To view application packages you will need ) download and install the PureEdge Viewer, hich is free and available at www.grants.gov. epending on the size of the application and structions, it may take several minutes to down- ad.

**pply Step 2: Complete the Selected rant Application Package**

ou can complete the application offline. Every- ιing you need to complete an application is cluded in the application package and instruc- ons. **The following 17 items explain the ιain elements of the PureEdge Grant Appli- ation package, which is located on Page 5 of ιis brochure. Also, the arrows on the pplication correspond to these items.**

**Instructions** - Instructions for completing the spe- cific application package are listed at the bottom of the screen.

**Scroll Bar** - Use the scroll bars on your computer to move up and down the application package.

**PureEdge Forms** - Each Grants.gov application package contains a section that lists all of the PureEdge forms that are a part of the application submission. As noted above, the instructions contain additional information needed to submit a complete application. The NOFA will also identify any additional forms and information that you may need to submit to have a complete application.

**Cancel** - The first thing you should do when opening an application package is verify that it is the grant opportunity for which you wish to apply. If not, press the **Cancel** button at the top of the page, go back to Grants.gov, and download the proper application package

5. **Field-Level Help** - Field-level help is available to you at any time. Click the toggle switch at the top of the page with the arrow and question mark to turn it on. Place your mouse over the field for which you need ar explanation. To turn off field-level help, click on the toggle switch again.

6. **Spell Check** - Spell check is also available with each PureEdge form.

7. **Save** - You can save your application at any time by clicking the **Save** button at the top of the screen. Note: If you choose to save your grant application before you have fully completed it, you will receive an error message. This message is used to warn the applicant that the grant application package is not yet completed. Click **Yes** to the **File Overwrite** mes- sage. You will be able to save your grant application package and complete it at a later time. Note: It is highly recommended that you create a folder for your grant applications. Jot down the name of the folder o location where you saved your application so you can find it at a later date.

8. **Submit** - The **Submit** button becomes active after all mandatory elements and mandatory fields of the PureEdge forms in the grant application package have been completed. If you are attaching files make sure that the documents attached are the final versions you want to submit with your application. All com- pleted forms including the attachment forms must be moved to the completed portion of the application. Some examples of data that will be validated are the format of email addresses, the format of dates, and the required fields in the forms that have been moved over to the **Mandatory Completed Documents for Submission** box.

9. **Print** - Pressing the **Print** button prints all forms in the application package.

10. **Pre-Filled Information** - All information on the top portion of the application package will already be filled in by the system.

11. **Application Filing Name** - Assign a unique name for each application package, which will help both you and Grants.gov identify your application. This can be any name you choose. HUD recommends that you use a combination of your organization name and the project name for easy tracking.

12. **Documents/Forms** - Documents included in each application package are labeled by Grants.gov in two groups: **Mandatory** and **Optional**. HUD has placed forms required for all applicants for a program in the **Mandatory Documents** category. However, the **Optional Documents** may be mandatory submis- sions for some applicants dependent upon the appli- cable rules in the program NOFA. For example, if you use or intend to use Federal funds for lobbying activi- ties, you must complete the SF-LLL (it is mandatory) even though it is in the **Optional Documents** box.

However, if you do not intend to lobby or if you are a federally recognized Indian tribe you would not have to complete the document. Be sure to read the NOFA to find out which documents are mandatory and which are optional under the program for which you are applying. Note: Once forms are completed and moved to the **Completed Document for Submission boxes,** you can click on the **Check Package for Errors** button to see if all the mandatory fields in the Mandatory and Optional Documents are completed. The mandatory fields will be highlighted in yellow. When completing a mandatory document not applicable to you, just enter NA in all mandatory text fields and 000 in all mandatory numeric fields.

**Open Form** - To open any form, place the cursor on it, and then click the **Open Form** button. **Note: It is recommended that you complete the SF-424 first. Once the SF-424 is completed, the information will transfer to the other forms.** When you are finished entering data in any form, click the **Close Form** button. Your work will be temporarily saved. **Note: In order to save your complete application package, you must click the Save button on the application cover page (see Item 7 on Page 5).**

**Move Form** - To denote that a form is complete, click on it, and then click the right-pointing arrow to move it over to the right.

**Move Mandatory Forms** - Once completed, all forms in the **Mandatory Documents** box must be moved to the **Mandatory Completed Documents for Submission** box to submit your application. Complete all forms in the **Optional Documents** box that are required as part of your submission and place in the **Optional Completed Documents for Submission** box.

**Check Package for Errors** - If the **Submit** button does not become active after all mandatory elements (highlighted in yellow) in the Mandatory Documents have been completed, click on the **Check Package for Errors** button to identify the number of errors and where they are located in the application.

**Attachments** - This is where you can attach other documents that pertain to the application (i.e., Rating Factors, Narrative Statements, Scanned Documents, Documents contained in the Instructions Download). You can attach 15 documents to the **Attachments Form** in the **Mandatory Documents** box and you can attach any number of documents to the **Other Attachments Form** in the **Optional Documents** box. If a large number of such attachments need to be submitted, you may compress them into a zip file for submission. Once you have

to the **Attachments Form** and move them to the **Mandatory or Optional Completed Documents for Submission** box. Click **Save** after you move each document.

## Third Party Letters, Certifications Requiring Signatures, and Other Documentation

Applicants required to submit documentation from organizations providing **matching or leveraging** funds, documentation of **501(c)(3) status or incorporation papers, documents that support the need for the program, Memorandum of Understanding (MOUs), or documentation that supports your organization's claim regarding work that has been done to remove regulatory barriers to affordable housing have the following two options:

1. **Scanning documents to create electronic files.** Third-party documentation can be scanned and saved as separate electronic files. Electronic files must be labeled so the reader will know what the file contains. Matching or leveraging letters can be scanned into a single folder, or the applicant can create a separate file for each scanned letter and label it accordingly. All scanned files should be placed together in a zipped folder and then attached to the application package for electronic submission. Applicants should be aware that scanning documents increases the size of files exponentially. Therefore to avoid upload issues due to the size of the files being transmitted to Grants.gov via your internet service provider, HUD recommends that if a document can be transmitted as an attached Microsoft Word, Microsoft Excel or PDF file, or sent by facsimile, those methods should be used rather than submission of scanned documents. **Note: Documents will only be accepted if saved as PDF, Microsoft Word 2000 and Excel 2000 files.**

2. **Faxing required documentation.** Applicants may submit required documentation to HUD via facsimile (fax). The Fax method may only be used to submit attachments that are part of your electronic application. **HUD will not accept entire applications via fax. Applications submitted entirely via fax will be disqualified. Applicants must use the form HUD 96011, Facsimile Transmittal,**

# Grant Application Package



**6**  **5**  **8**  **Submit**  **Save**  **Print**  **Cancel**  **Check Package for Errors**  **7**  **9**  **4**  **16**

GRANTS.GOV

**Grant Application Package**

**10**
| | |
|---|---|
| **Opportunity Title:** | TEST HBCU |
| **Offering Agency:** | U.S. Department of Housing and Urban Development |
| **CFDA Number:** | 14.520 |
| **CFDA Description:** | Historically Black Colleges and Universities Program |
| **Opportunity Number:** | FR-4950-N-11 |
| **Competition ID:** | HBCU-11 |
| **Opportunity Open Date:** | 12/27/2005 |
| **Opportunity Close Date:** | 12/28/2005 |
| **Agency Contact:** | Dorthea Yorkshire<br>Training<br>E-mail: dorthera_yorkshire@hud.gov |

**2**

This electronic grants application is intended to be used to apply for the specific Federal funding opportunity referenced here.

If the Federal funding opportunity listed is not the opportunity for which you want to apply, close this application package by clicking on the "Cancel" button at the top of this screen. You will then need to locate the correct Federal funding opportunity, download its application and then apply.

This opportunity is only open to organizations, applicants who are submitting grant applications on behalf of a company, state, local or tribal government, academia, or other type of organization.

**12**  **\* Application Filing Name:** TEST HBCU for GIMS pull     **11**     Mandatory Completed Documents for Submission     **15**

**Mandatory Documents**

Application for Federal Assistance (SF-424)
HUD Facsimile Transmittal
Attachments

**Move Form to Submission List** =>

**Move Form to Documents List** <=

**Open Form**  **13**     **14**

**12**  **Optional Documents**

Project Abstract
Other Attachments Form
HUD Community Initiative Form
HUD Comment Suggestions Form
Head Start Attachments

**Move Form to Submission List** =>

**Move Form to Documents List** <=

**Optional Completed Documents for Submission**

Project Narrative Attachment Form
HUD RaceEthnic Form
Faith Based EEO Survey

**Open Form**

## Instructions

**1**

**①** **Enter a name for the application in the Application Filing Name field.**
- This application can be completed in its entirety offline; however, you will need to login to the Grants.gov website during the submission process.
- You can save your application at any time by clicking the "Save" button at the top of your screen.
- The "Submit" button will not be functional until the application is complete and saved.

**②** **Open and complete all of the documents listed in the "Mandatory Documents" box.  Complete the SF-424 form first.**
- It is recommended that the SF-424 form be the first form completed for the application package. Data entered on the SF-424 will populate data fields in other mandatory and optional forms and the user cannot enter data in these fields.

- The forms listed in the "Mandatory Documents" box and "Optional Documents" may be predefined forms, such as SF-424, forms where a document needs to be attached, such as the Project Narrative or a combination of both. "Mandatory Documents" are required for this application. "Optional Documents" can be used to provide additional support for this application or may be required for specific types of grant activity. Reference the application package instructions for more information regarding "Optional Documents".

- To open an item, simply click on it to select the item and then click on the "Open" button. When you have completed a form or document, click the form/document name to select it, and then click the => button. This will move the form/document to the "Completed Documents" box. To remove a form/document from the "Completed Documents" box, click the form/document name to select it, and then click the <= button. This will return the form/document to the "Mandatory Documents" or "Optional Documents" box.

- When you open a required form, the fields which must be completed are highlighted in yellow. Optional fields and completed fields are displayed in white. If you enter invalid or incomplete information in a field, you will receive an error message.

**③** **Click the "Submit" button to submit your application to Grants.gov.**
- Once you have properly completed all required documents and saved the application, the "Submit" button will become active.
- You will be taken to a confirmation page where you will be asked to verify that this is the funding opportunity and Agency to which you want to submit an application.



as the cover page of the fax. **HUD reads this cover page with an optical character reader and if a different cover page is used for the fax transmission, HUD cannot associate your fax to the submitted electronic application and it will not be available for review and evaluation purposes.**

The form HUD 96011, Facsimile Transmittal, is an electronic form and is found in the **Mandatory Documents** box of the PureEdge Grant Application Package.

***Note: Be sure to complete all data fields on the Facsimile Transmittal Form. It is a mandatory form that must be completed.***

**You are now ready to submit your application!**

## Apply Step 3: Submit a Completed Grant Application Package

Once you have completed your application package, HUD recommends that you take the following steps:

1. Review the application package and all the attachments to make sure it contains all the documents that you want to submit to HUD as your complete application, and if it does, save it to your computer. If you have previously saved versions of the application to your computer, remove those files so you do not mistakenly upload the wrong application submission. To check for other application packages, conduct a search for files with the .xfd extension.

2. Close all other applications on your system.

3. Check your AOR status on Grants.gov and contact your E-Business Point of Contact. If you are not authorized to submit the application, request authorization.

4. When you are ready to submit the completed application, close all applications and turn on your Internet Explorer. HUD recommends using Internet Explorer as your browser for transmitting the application as it has been successfully used by a wide variety of applicants.

5. Click the **Check Package for Errors** button and correct any problems identified.

6. Click the **Submit** button. If the **Submit** button is not active then it means that your package still has errors. Go through the error check again until all errors have been corrected and **Save** your application.

Here are some tips to follow when checking for errors. Check to be sure you have completed the following actions:

- All mandatory fields in all **Mandatory Documents** have been completed and moved to the **Mandatory Completed Documents for Submission** box.

- The **Save** button has been clicked after all documents have been moved to the **Mandatory Completed Documents for Submission** box.

- All mandatory fields in the **Optional Documents** that you used have been complete and moved to the **Optional Completed Documents for Submission** box.

Once all problems with your application are corrected and you **Save** the application, the **Submit** button will become active. You will then need to click the **Submit** button.

***Note: Mandatory fields are slightly yellow in color.***

**Grants.gov Confirmation Messages.** After clicking the **Submit** button, you will be asked to enter your Grants.gov Username and Password that you created during registration. At the next screen, which is the **Application Submission Verification and Signature** screen, you will be asked to review the information on the screen and given an opportunity to **Sign and Submit Your Application** or **Exit Application.** If you select **Sign and Submit Your Application,** you will receive a **Confirmation** from Grants.gov, which advises that your application is being processed. This **Confirmation** includes the Grants.gov Tracking number assigned to the application. It is recommended that you save and print this screen for your records.

**Grants.gov Validation Message.** Within 24-48 hours after submitting your electronic application you should receive an email **Validation Message** from Grants.gov. The **Validation Message** will tell you if the application has been received and validated or if it has been rejected, and why. Early submission will allow you sufficient time to resubmit your application if problems arise. **You are urged to apply at least 72 hours prior to the due date of the application to allow time to receive the Validation Message and to correct any problems that may have caused the rejection notification.**

**If you are having submission problems, please contact the Grants.gov support office at 1-800-518-GRANTS (4726).**

**Apply Step 4: Track the Status of a Completed Grant Application Package**

Once you have submitted an application, you can check the status of your application submission. You can identify your application by CFDA Number, Funding Opportunity Number, Competition ID, or Grants.gov Tracking Number.

- Go to www.grants.gov.

- Click on the **Applicants** link at the top of the Grants.gov home page.

- Login to the system using your **Username and Password**.

- Click on the **Check Application Status** link at the left of your screen.

If your application is rejected, you will need to address the errors and resubmit the application. Five common reasons an application is rejected include:

- The DUNS number is not the same as the DUNS number recorded at CCR.

- A virus was detected in a file attachment.

- The application was submitted after the deadline for receiving applications.

- The submitter is not approved to submit grant applications on behalf of the organization.

- The organization was not registered at CCR

## REGISTRATION TIPS For The Applicants That Successfully Submitted An Application Last Year

**Note: The CCR Point of Contact, E-Business Point of Contact, and AOR can be the same person or different people.**

### CCR Point of Contact must Renew/Update the CCR Registration

Applicants are required to renew/update their information in CCR on an annual basis. If you do not renew your registration, it will expire and result in your Grants.gov application being rejected. To renew your registration, the CCR Point of Contact identified in the CCR Trading Partner Profile (TPP) should go to www.ccr.gov, and click on **Update or Renew Registrations Using TPIN**. Enter your DUNS number and TPIN, and click the **Submit** button.

If there are no changes to the registration, click the **Validate/Save** button for the information to register in the system. If there are changes, enter the changes, and then click the **Validate/Save** button. Your registration renewal/update will take approximately 48 hours to update. Or you can call the CCR at 888-227-2423 for assistance. Note: You must click on the **Validate/Save** or the **Renew Profile** button in **Registration Tools.**

It is highly recommended that you print your TPP. It contains the DUNS number, CCR and E-Business Point of Contact names, and the MPIN. Click on **View TPP** and then print.

### CCR Point of Contact Don't Know Your TPIN?
If you are registered in CCR, but do not know your TPIN, the CCR Point of Contact should go to www.ccr.gov. Click on **Update** or **Renew Registrations Using TPIN**. At the next screen click on **Don't Know Your TPIN?** Select **Click here for a TPIN Letter request.** On the next screen enter your DUNS number and click on **Send TPIN Letter.** A confidential TPIN letter will be mailed to the CCR Point of Contact identified in the Trading Partner Profile (TPP).

## Who is the AOR that will submit the Grant Application package?

If your organization has the same AOR, their status should be active, however this should be verified. If a new person will be assigned, the new AOR will need to register with the Credential Provider and Grants.gov and be approved by the E-Business Point of Contact.

## How to Check your AOR Status in Grants.gov

You need to make sure that your Grants.gov registration is active and you have the rights to submit a grant application on behalf of your organization. To check your status the AOR should:

- Go to www.grants.gov and click the **Get Started** link.
- On the left side of the screen in the Select a Role section, click on **For AORs**.
- Select **Manage Application Status and User Profile**.
- Enter your Grants.gov **Username** and **Password** and **Login**.
- Select **Manage Applicant Profile**.
- At the next screen, your status will be displayed in the screen. If the AOR status is **Approved**, you have authorization to submit a grant application. Otherwise you will need to contact the organization's E-Business POC.

## Forgot your AOR Grants.gov Username?

The AOR should contact Operation Research Consultants (ORC), the Grants.gov Credential Provider at 800-816-5548 or 703-246-8536 between 7:30 a.m. and 6:00 p.m. eastern standard time or via email at eauthhelp@orc.com. You may be required to re-register. **Note: If you are required to re-register with the Credential Provider, you will need to re-register your Username and Password with Grants.gov.**

## Forgot your AOR Grants.gov Password?

In the event that you forget your Password when submitting your application, the AOR can obtain a new password from the Credential Provider. Complete the following steps:

- Browse to www.grants.gov.
- Click the **Get Started** link.
- Click the **Select a Role for AORs** link.
- Click the **Register to Submit Applications** link.
- Click the **Register with Credential Provider** link.
- Enter the DUNS number you used to register with the CCR and Credential Provider.
- Click the **Register** button.
- On the left of the screen, click the **User Administration** link.
- Click on **Forgotten Password**.

- Enter the **Username** that you received from the Credential Provider.
- Click the **Submit** button.
- You will receive the question that you entered as your password reminder.
- Enter the answer to the question in the **Answer** field.
- Click the **Submit** button. You will be prompted to enter a new password. **Once you enter a new password, the Grants.gov system will automatically be updated with the new password.**

Or you can contact Operation Research Consultants (ORC), the Grants.gov Credential Provider at 800-816-5548 or 703-246-8536 between 7:30 a.m. to 6:00 p.m. eastern standard time or via email at eauthhelp@orc.com.

## Who is the Organization's E-Business POC?

You can search for the name of your organization's E-Business POC by following these steps:

1. Go to www.grants.gov and click the **Get Started** link.
2. On the left side of the screen, select **Search CCR for your EBIZ POC**.
3. At the next screen enter your DUNS Number.
4. Click on **Search**.
5. Scroll to the E-Business POC section.

Or you can call the CCR at 888-227-2423 for assistance.

## The E-Business POC will need to Authorize the AOR to Submit Applications

1. Go to www.grants.gov and click the **EBIZ** link.
2. Click on **E-Business Point of Contact Login**.
3. Enter DUNS and MPIN.
4. At the next screen select **Manage Applicants**.
5. The next screen will identify the AORs that have registered with Grants.gov and you can assign or reassign roles.

## E-Business POC Don't Know Your MPIN?

You can search for your MPIN by following these steps:

1. Go to www.ccr.gov.
2. Select **Update or Renew Registration Using TPIN**.
3. Enter your DUNS Number and TPIN.
4. On the left side of the screen, select **View TPP**.
5. Scroll down to the bottom of the page for the MPIN.
6. Make a copy of the TPP for your records.

## For additional assistance

If you have questions or need additional information, call the Grants.gov Contact Center at 800-518-GRANTS (4726) or email support@Grants.gov. The Contact Center hours of operation are Monday through Friday 7 a.m. to 9 p.m. eastern standard time. If you are a hearing or speech-impaired person, you may reach any of the telephone numbers in this brochure by calling the toll-free Federal Information Relay Service at 800-877-8339.

# EXHIBIT 3

## Joni V. Soriano

| | |
|---|---|
| **From:** | Joni V. Soriano |
| **Sent:** | Wednesday, May 24, 2006 10:19 PM |
| **To:** | Yorkshire@hud.gov |
| **Cc:** | Algold@crhdc.org; rgarcia@tierradelso.org; jpatricl@crhdc.org; dselders@thistlehousing.org; louise_d.__thompson@hud.gov; FRANK BALLESTEROS; Joni V. Soriano |

**Subject:** Failed Submission

May 24, 2006

Dear Mr. Yorkshire:

Greetings! Unfortunately, I have tried my very best to submit The Rocky Mountain/Hawaii SHOP Program Proposal from 4:00 pm Pacific Day-light time to 8:59 pm, however my application did not make it so!

In our conversation on Monday I have mentioned to you that after I finish my packet that I will have a large application package and you have told me that your system would not have any problem of accepting and/or attaching zip file documents and the system will accept any large file. You also mentioned that the Grant.gov system will not have any problem either. So, after I talk to you, I called the grants.gov TA and spoken to Aaron and he helped me download the application. There alone we were having big problems already and Aaron was very patient enough to go through with me step by step the download but either our systems or the application packet was having a very hard time down loading. Aaron and I must have gone through six down load process and finally we have downloaded with the application.

On Tuesday, May 16, 2006, I spoke to our IT Administrator and I told him about what you told me that your system will not have any problems of accepting the big application packet that I am preparing because of all the attachments of at least 45 leveraging letters and other application requirements. Our IT person told me that I could not submit SHOP application during the day because of its large contents; I have to do the submission after 5:00 when our network is not as busy when everybody is not log-on to our system. One of IT administrator said that since this a web base application I should have not any problem and I believed you and our IT people. I got a lot of tips to do this. So confidently I have continued with preparation of this Grant application. I also have told you in our conversation that I will try my best not to do the submission in the last minutes nor last two hours during the deadline. I kept my promised!

My Colleague in I have worked with the attachment format from 4:00 pm to 8:00 pm and could not make the attachments attached. I have called grants.gov but I was not able to connect with anyone. The application form have prevented us (my Colleague and I)to attached some of larger zip file, however my colleague who is a very excellent with systems and technology told that it is not our system having the problem is the application packet and the operating systems of the programs. So by 7:00 pm Pacific Standard time we have broken down the bigger file to smaller file and still the attachments could not attached the leveraging letters. We broke down the leveraging letter file to four zip file and still would not be able to attach them to the of the 15 field attachments in the application. We did not have any problem with the other attachments until we made to the last three zip files to complete the application packet and then the application shots down by itself and we would lose all the attachments that we have already attached and saved and we start from the very beginning again.

There are so many organizations depending on the competitive nature of this proposal and I have told you that I will submit the day before the deadline but that timeline did not happened to me because I was working with some of

the important details that my consortium members and affiliates have forgotten to provide and leveraging letters have to be corrected, budgets have to be changed and so on and so forth that I did not finish the entire application packet not until 4:00 pm Pacific Daylight Time on May 24, 2006. I have figured that I have five more hours before the deadline and what could go terribly wrong. Well, I am now in tears because our consortium application have been disqualified because of all the above reasons and errors in technology that our application have suffered not I do not know how to correct. Like I have said we have plenty of time to submit because we completed the packaging of the proposal manually at 4:00 pm Pacific Daylight Saving Time which 7:00 pm your time. My Colleague and I have five hours of grueling moments of trying very hard to complete all the attachments to attached to the grant application.

So I made the decision that even not all the leveraging letters attachments are not included, we went and tried to upload the application by 8:15 pm and then my nightmare continued when I am getting this fatal error notices that I my disk are full. I though I was smart that I will fill out another application for it to follow as part II. That did not even happened because the application just totally disappeared in my desktop and when I found it in our system and open it the entire application information that we have just save and downloaded in packet is gone and the application packet is blank, and my Colleague and I have tried these process four times and get to the portion of two more attachments and the application packet would crush again and again even though we have save it several times.

I truly need your help and I know we missed the deadline but it is not my fault because we have been trying to package and upload the SHOP application since 4:00 pm Pacific Daylight Savings Time on May 24, 2006 (7:00 pm your time) Did I get erroneous information or TA from all the expert in computer technology or I am just plain not knowing what I am up to when I have completed and followed all the instructions and process in preparing for this final application. I believed that my only mistake here is I was very lenient in my submission deadline from my consortium members and affiliates but I also believed that I have plenty of time to upload and anything that can go wrong went wrong for me this evening.

I am very sad because of all the number of hours that my colleagues and I have gone through and some of them have families and have given up their free time from their families and loved ones just to complete their portion of this application and for me to just did not make it happened. Please Help! It is so sad to know that many work so very very hard on this application for weeks that it would only come down to this very moment that the reason that we were disqualified is because I could not upload the application packet or make the application work for me when I have expert assisting me in completing the electronic submission of this SHOP Application CFDA 14.247

Please consider my e-mail and plea to you on what have happened to our SHOP Application. There is something wrong that I do not know where to begin. My IT Administrator said that there is nothing wrong of our system and there is nothing wrong with your systems and so whose system went bust on me? Thank you for hearing my plea. I am very very tired and it is now 10:15 pm Pacific daylight savings time I am still at work composing this letter and, I have been at work since Monday evening packaging and trying to complete this application that I can submit it on time. I have never in my entire career of more than 25 years ever missed a federal grant deadline, even I have to submit two of them. In fact, I just submitted a grant proposal to the US Department of Treasury CDFI Program using grant.gov and never have these problems of completing an application packet electronically and up-loading this afternoon from 4:00 pm to 8:59 pm was truly my biggest nightmare that happened in reality.

Thanks for your cooperation, consideration and thoughtful attention regarding these matters.

Sincerely,
Joni V. Soriano
Regional Grants Administrator

9/11/2006

# EXHIBIT 4



# ATTACHMENTS FORM

**Instructions:** On this form, you will attach the various files that make up your grant application. Please consult with the appropriate Agency Guidelines for more information abo[...] at and named as specified in the Guidelines.

**Important:** Please attach your files in the

1) Please attach Attachment 1    Organiza[...]

2) Please attach Attachment 2

3) Please attach Attachment 3

4) Please attach Attachment 4

5) Please attach Attachment 5

6) Please attach Attachment 6

7) Please attach Attachment 7

8) Please attach Attachment 8

9) Please attach Attachment 9                                          Add Attachment    Delete Attachment    View Attachment

10) Please attach Attachment 10                                        Add Attachment    Delete Attachment    View Attachment

11) Please attach Attachment 11                                        Add Attachment    Delete Attachment    View Attachment

12) Please attach Attachment 12                                        Add Attachment    Delete Attachment    View Attachment

Close Form

Print Page

## An Error Has Occurred...

**Failed to Attach File(s)**

Close    Details >>

Detailed Error History

Thu May 25 09:06:12 2006 0 Viewer : Failed to Attach File(s) C:\Hud\Organizational
   at Error\src\ron\viewer\dialogs\cenc\pcsuresdialog.cpp:679 }:1992:32 +1
Thu May 25 09:06:12 2006 0 Viewer : Title: Error
   at Error\src\utilities\str_rsrc.cpp:192 }:1992:8 +1
Thu May 25 09:06:12 2006 0 Viewer : Failed to Attach File(s)
   at Error\src\utilities\str_rsrc.cpp:197 }:1992:8 +1

An Error Has Occurred - Detailed

PaperGate POWERED

# EXHIBIT 5

## OPINION OF IT DEPARTMENT ON MEETING OF AUGUST 18, 2006 AFTER RECEIVING HUDS LETTER:

To whom it may concern,

PPEP's Information Technology Department has examined the situation regarding the uploading for the files needed to be submitted to HUD and found to be nothing on our side causing any issues.

Joni's computer is an AMD Athalon 1.8 GHz with 256mb of ram running Windows XP Pro Service pack 2 with all Microsoft updates. Our network at the Housing location consists of a Cisco Aironet Wireless Bridge which runs at a consistent connection at 54mp and has never gone done since I have worked here over two and a half years. It connects to our network here at the administration office which then rides on a Full T-1 Circuit at 1.44 mps to our host location which then rides up to Phoenix Arizona on 4 bonded T-1's to our Internet Service Provider. Our internet exceeds all of the requirements to upload and download extremely large files. We have no limitations on uploads or downloads thru this connection and our Cisco Routers.

They were able to attach all the files in the program provided by HUD and when they attempted to upload the files using HUD's software it failed with an error which has nothing do due with our system at all. This is their software which uploads to their web server or FTP server. We have captured the error as it was happening and concluded it is not our network or windows xp pro causing the error. Researching the error on the web we found no issues with XP professional or our network.

Sincerely,

Information Technology Department for PPEP, INC

James Twyman    Network/Systems Administrator
Robert Riggs     Information Technology Director
Ryan Wild        Web Master Administrator/PC Tech Support

There network bandwidth consist of a consistent 54mbps connection which has never gone done in the two and half years that I have been

# EXHIBIT 6

## Joni V. Soriano

**From:** Joni V. Soriano
**Sent:** Friday, May 26, 2006 12:21 PM
**To:** rgarcia@tierradelsolhousing.org; algold@crhdc.org
**Cc:** FRANK BALLESTEROS; Joni V. Soriano
**Subject:** FW: Grant software error

Rose and Al:

Greetings! Here is one of the proofs that there was nothing wrong with our submission. When PPEP Inc IT Administrator investigated what's was going on with application packet that HUD designed for this submission, the packet crushed and the attached pictures and errors our IT traced on the following day.

Thanks,
Joni

**From:** FRANK BALLESTEROS
**Sent:** Thursday, May 25, 2006 9:27 AM
**To:** Joni V. Soriano
**Subject:** FW: Grant software error

Here is the proof if the software error if you need it to justify to HUD.

**From:** Ryan Wild
**Sent:** Thursday, May 25, 2006 9:25 AM
**To:** FRANK BALLESTEROS
**Subject:** Grant software error

Frank,

I took a look at the software and process your team was going through to send the proposal. During that process the application bombed out and gave an error:

*Thu May 25 09:06:11 2006 0 Viewer : Out of memory.*
        *at ConvertAToW(BRANCH-API-602-20031117\API\src\stubs\mpalib3.c:4770 Thu Jul  3 11:58:31 2003):1992:8 -> 2*

        *at IFS_DOMformNodeP_UFLSetBinMemLiteralByRef(BRANCH-API-602-20031117*
*\API\src\backcomp\formlibs\DOMformNodeP.cpp:6547 Mon Sep 22 11:03:33 2003):1992:32 -> -1*

        *at UFLSetBinMemLiteralByRef(BRANCH-API-602-20031117*
*\API\build\GenerateFromIDL\output\gen_c\stubs\formNodeP_stub.c:15316 Fri Nov 21 14:54:52 2003):1992:32 -> -1*

        *at IFS_DOMformNodeP_UFLEncloseFile(BRANCH-API-602-20031117\API\src\backcomp\formlibs\DOMformNodeP.cpp:3766 Mon Sep 22 11:03:33 2003):1992:-3 -> -1*

        *at UFLEncloseFile(BRANCH-API-602-20031117\API\build\GenerateFromIDL\output\gen_c\stubs\formNodeP_stub.c:5738 Fri Nov 21 14:54:52 2003):1992:32 +1*
*Thu May 25 09:06:12 2006 0 Viewer : Failed to Attach File(s) C:\Hud\Organizational Qualifications2.zip*
        *at Error(src\formviewer\dialogs\cenclosuresdialog.cpp:679 ):1992:32 +1*
*Thu May 25 09:06:12 2006 0 Viewer :  Title=Error*
        *at Error(src\utilities\str_rsrc.cpp:192 ):1992:8 +1*
*Thu May 25 09:06:12 2006 0 Viewer : Failed to Attach File(s)*
        *at Error(src\utilities\str_rsrc.cpp:197 ):1992:8 +1*

The computer has plenty of free memory (100mb free ram @ time of crash) and loads of free disc space (70+GB) ...



I've attached a txt file with the error. I've also attached a screen shot of the error.

If you have any questions or if the people in D.C. have any questions for us please call so we can get them answered.

You can reach me
cell @ 603.2860
desk @ 806.4672


Ryan

# EXHIBIT 7



# PPEP MICROBUSINESS & HOUSING DEVELOPMENT CORPORATION
### 820 East 47th Street Suite B-15 Tucson, Arizona 85713 ◆ 520-889-4203 ◆ Fax 520-889-5319

June 14, 2006

**Ms. Pamela H. Patenaude, Assistant Secretary for Community Planning and Development**
Email:  Pamela_H._Patenaude

**Ms. Karen S. Jackson, Deputy Assistance Secretary for Budget, Management and Support HUD**
Email:  Karen_S._Jackson@hud.gov

**Ms. Anna Maria Farias, Deputy Assistant Secretary for Grant Programs, HUD**
Email:  Anna_maria_Farias@hud.gov
        Anna_Hernandez@hud.gov

**Barbara Dorf, Director of Office of Grants, Management and Oversight HUD**
Email: Barbara_Dorf@hud.gov

**Ms. Mary Kolesar, Director of Affordable Housing Program**
Email: Mary_Kolesar@hud.gov

Dear    Ms. Patenaude:
        Ms. Jackson:
        Ms. Farias:
        Ms. Dorf:
        Ms. Kolesar:

Subject:    Request for your Assistance to Grant Approval on Failed Electronic Submission of the
            Self-Help Homeownership Opportunity (SHOP) Program FY 2006 of the
            Rocky Mountain/Hawaii SHOP Program Consortium, May 24, 2006 at 11:59:59 EST.

Greetings! First and foremost, thank you for providing our Consortium with the opportunity to present our situation to you regarding our attempts to submit the Self-Help Homeownership Opportunity (SHOP) Program FY 2006 Grant Application. We also hope that you have received our advance e-mail on Monday, June 12, 2006 describing our attempts to provide you with a "heads-up" regarding these matters.

We have written this letter for several reasons: first to seek your assistance and guidance regarding on the above subject matter; secondly, to appeal the failed electronic submission, and we request that our consortium's submission

SHOP Appeal Letter to Pamela H. Patenaude, Assistant Secretary for Community Planning and Development
June 13, 2006
Page-2-

be accepted to compete in the SHOP FY 2006 NOFA; and third, to provide your office some crucial information to help you make your decisions. Our consortium failed to submit our electronic grant application on May 24, 2006 at 11:59:59 Eastern Standard Time (EST), despite of our diligent efforts, due technological that were beyond control.

Please let us summarize the major intent of this letter: Our consortium hopes that after we have presented a summary of the facts along with the attached documentation to back up our claims, you will be able to make a favorable decision to accept our application on time and allow the consortium to compete for the SHOP FY 2006 grant.

Below are the critical and important records in our attempts to studiously adhere to the requirements of the Electronic Submission under the Federal Register/Vol. 71, No 13/Friday, January 20, 2006 Notices- published by HUD on March 8, 2006 exactly two months and 16 days before the deadline of the SHOP Application. In the Federal Register, the section under the Electronic Submission of Applications, my colleague and I followed every step that the Super NOFA has recommended. The actual deadline was May 24, 2006 by 11:59:59 at grants.gov. Here is the chronological order of events that took place from May 16, 2006 –to-May 24, 2006 at 11:59:59 EST:

On May 16, 2006, Joni V. Soriano, Regional Grants Administrator of PMHDC (the lead agency of the consortium) contacted Ms. Rita Yorkshire, Program Analyst of HUD assigned to provide the assistance on any IT issues of the SHOP FY 2006 Electronic Application submission. She discussed with her (Ms. Yorkshire), her concerns regarding the transmission of large documents to be attached in the web base application. Ms. Yorkshire suggested to Ms. Soriano that she should fax the third party documentations and Ms. Soriano mentioned that the Consortium has more than 100 attachments. Ms Soriano told her that just in the leverage letters alone, the consortium has more than 45 documents. Ms. Soriano stated that there are more than 150 pages of third party documents to be fax and that is not including the fax cover. Then, Ms. Soriano suggested attaching zip files instead and Ms Yorkshire said yes. Then, Ms Soriano asked her if the zip files have limitations in terms of its sizes of MB (mega bytes), which would delay and impact her transmission ability. Ms. Yorkshire stated that the program will be able to upload large document attachments and have no limitations in terms of number of MB (mega bytes). Ms. Soriano stated great and will submit the SHOP FY 2006 application on time!

On the same day, immediately after her conversation with Ms. Rita Yorkshire, Ms. Soriano called the grants.gov help desk because she was having some problems on the download of the SHOP application web base packet. At the Help Desk, Aaron from grants.gov assisted the download and it took six tries and SHOP FY 2006 web base application was successfully downloaded to Ms. Soriano's desktop folder. Aaron gave Ms. Soriano a case number to refer back in case of encountering possible future problems in the use of the application and the case number is: 160273086.

On May 24, 2006, PMHDC completed packaging the SHOP application at 4:00 pm Pacific Day Light Saving Time (7:00 pm Eastern Standard Time) five hours before the deadline. Packaging meaning creating zip files to attached to the SHOP web base application. Each time Ms. Soriano and her Colleague finished attaching the zip files, the web base application provided the error messages and the web base SHOP application kept bombing out and crashing on them. They tried this on several occasions and the web base SHOP application kept crashing. At 5:30 pm, Ms. Soriano called grants.gov and got the voice mail and waited for 30 minutes for the

SHOP Appeal Letter to Pamela H. Patenaude, Assistant Secretary for Community Planning and Development
June 13, 2006
Page-3-

Help Desk Techie to answer, however after 30 minutes of holding, the grants.gov desk help closed. She also tried another telephone number; unfortunately to no avail she was not able to contact anyone.

She was able to contact her IT Chief Administrator who was out of town. Jay Twyman suggested that maybe our submission is too large the web base application cannot transmit large transmission. Ms. Soriano and Colleague began the painstaking process of reducing the number of mega bytes of the zip files by reducing one zip file into several zip files containing smaller mega bytes. At 6:30 pm, the PMHDC Team began the process of attaching smaller zip file to the web base SHOP application, and that application kept bombing out and crashing. They continued these process until 7:00 pm Pacific Day Light Saving Time (10:00 pm EST). Finally, at 7:15, Ms. Soriano made a decision to split the submission into two (2) web base submission, one being Part I and other, Part II, that did not work out on both occasions of the upload because the web base SHOP Application still kept bombing out and crashing giving them more errors. Joni called on the PMHDC IT Chief Administrator again to find another way to submit this grant application but unfortunately, the time of 11:59:59 came and went so fast that the upload and transmission of the Rocky Mountain/Hawaii SHOP Program Consortium application were not successful.

The failure to upload the application and attachments did not come from PMHDC.s IT systems. The errors that have prevented PMHDC and the Rocky Mountain/Hawaii SHOP Program Consortium from successful submission of the SHOP FY 2006 proposal was caused by failures in the system beyond our control. See two page attached e-mail with the snap shot of the error messages. This snapshot was prepared the day after the application deadline to track the errors.

The Rocky Mountain/Hawaii SHOP Program Consortium is comprised of 10 community based nonprofit organizations situated in Arizona, Colorado, Hawaii and New Mexico. PPEP Microbusiness and Housing Development Corporation (PMHDC) is the lead agency to represent our Consortium in all federal grants and contracts competitions in all areas of affordable housing development. This year, our Consortium has passed a policy on the standard of the annual income level of the families and individuals that SHOP funds would be provided for homeownership assistance. Our consortium will provide the SHOP homeownership assistance to individuals and families whose incomes are at 30% to 80% of the area median income. Ninety percent (90%) of our clients in our service areas are individuals and families who are farm workers, people that work in the agricultural industry and individuals and families who earn less than 60% of the AMI.

Every year for the past four years, PMHDC submits the SHOP application to U.S. Department of Housing and Urban Development without any failure. PMHDC has received funding for Year 2002 and 2004.

If our Consortium SHOP Program have been disqualified because of not meeting the grant's deadline due to errors of the program to upload, transmit and submit our SHOP FY 2006 proposal. The real impact is to the building of the organizational capacity of our member and affiliate organizations in terms of the implementation of the self-help programs.  Most importantly, the impact of lack of funding to finance the homeownership assistance of these needy families who are poor yet who are outstanding members of our communities with good credit standing because now, they would not have the opportunity to become homeowners to improve their social and economic living conditions.

SHOP Appeal Letter to Pamela H. Patenaude, Assistant Secretary for Community Planning and Development
June 13, 2006
Page-4-

On behalf of the member and affiliate organizations, Rocky Mountain/Hawaii SHOP Program Consortium serving the states of Arizona, Colorado, Hawaii and New Mexico comprised of PPEP Microbusiness and Housing Development Corporation (PMHDC), "The Lead Agency, Colorado Rural Housing Development Corporation (CRHDC), "Member," Tierra Del Sol Housing Corporation (TDSHC) "Member," and all the Affiliates of the "Consortium," namely: Thistle Community Housing in Boulder Colorado, Tri-County Community Development Corporation in Fowler Colorado, Chicanos Por La Causa in Nogales Arizona, Comite de Bien Estar in San Luis Arizona, Guadalupe Community Development Corporation in Guadalupe Arizona, Community Action Human Resource Agency in Eloy Arizona, and Old Pueblo Community Foundation in Tucson, Arizona,

WE are requesting the assistance of the honorable Pamela H. Patenaude, Ms. Karen S. Jackson, Ms. Anna Maria Farias, and Ms. Barbara Dorf to help us resolve this matter favorably in support of allowing our Consortium to compete in the SHOP FY 2006 application process.

Thanks for your assistance, cooperation, thoughtful consideration and prompt attention regarding these matters and we look forward to hearing from you in the near future.

Sincerely,
Dr. John David Arnold, CEO PPEP Inc. and Affiliates - Arizona
Frank Ballesteros, Chief Administrative Officer PMHDC - Arizona
Al Gold, Executive Director of Colorado Rural Housing Development Corporation - Colorado
Rose Garcia, Executive Director of Tierra Del Sol Housing Corporation – New Mexico
Aaron Miripol, Executive Director of Thistle Community Housing –Colorado
James Lyles, Executive Director of Tri-County Community Development Corporation – Colorado
Bertha Ojeda-Encinas, Director Self-Help Chicanos Por La Causa- Arizona
Marco Antonio "Tony" Reyes, Executive Director of Comite de Bien Estar –Arizona
Mary Lou Rosales, Executive Director of Community Action Human Resource Agency – Arizona
Gary Smith, Executive Director Guadalupe Community Development Corporation –Arizona
Nick Jones, Executive Director Old Pueblo Community Foundation-Arizona
Claudia Shay, Executive Director of Self-Help Housing Corporation of Hawaii, Hawaii

# EXHIBIT 8

08/24/2006  09:02  5208864539      PPEP HR FAX                    PAGE  02/05
09/17/06   08:52  DGH → 5208895319    Filed 09/18/2006    Page 49 of 50    NO. 013    [illegible]

Case 1:06-cv-01615-CKK   Document 1



**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
WASHINGTON, DC 20410-7000

AUG 17 2006

ASSISTANT SECRETARY FOR
COMMUNITY PLANNING AND DEVELOPMENT

Dr. John Arnold
Chief Executive Officer
PPEP Microbusiness and Housing
Development Corporation
820 East 47th Street, Suite B-15
Tucson, AZ 85713

Dear Dr. Arnold:

This responds to your June 14, 2006, letter appealing to the Department to permit a paper submission of PPEP's Fiscal Year 2006 Self-Help Homeownership Opportunity Program (SHOP) application to be reviewed in lieu of PPEP's unsuccessful attempt to submit electronically. PPEP claims that failure to provide a timely submission was beyond its control due to Grants.gov and not PPEP's computer. PPEP seeks relief and asks HUD to review a paper application in lieu of being able to submit electronically by the May 24, 2006 deadline.

Background:

The Notice of Funding Availability for the Fiscal Year 2006 SHOP competition required all applications to be received and validated by Grants.gov by 11:59:59 p.m. on May 24, 2006, unless a waiver had been granted to the electronic application submission. Your letter of appeal states that staff started to submit a completed application at 7:00 p.m. Eastern Time on May 24, 2006, the day the application was due, and despite diligent efforts, the application could not be uploaded.

Your letter also refers to a conversation with Ms. Rita Yorkshire on May 16, 2006, regarding the size of the application package. In that conversation, PPEP staff was advised to use the facsimile solution that was described in the General Section of the SuperNOFA to reduce the size of the application submission. At that time, PPEP indicated that it wanted to use zip files and asked if Grants.gov could handle large attachments. The information provided to PPEP, which is provided to all callers, was that Grants.gov does not have problems receiving large applications, but the question is whether the applicant's computer can handle the size of the application and whether the Internet Service Provider that the applicant uses has a size or "time-out" limit. Further, all callers are advised of the fax solution, which allows applicants to reduce the size of their packages by faxing some of the attachment documents (primarily third party documents such as leveraging letters) using form HUD-96011 as the cover page to the fax as provided for in the General Section. The General Section specifically states that scanned files may not be submitted unless the facsimile solution will not work. Also, the HUD Desktop User Guide for Submitting Electronic Applications warns applicants that they should be aware that scanning increases the size of files and that to avoid upload issues the facsimile should be used rather than submission of scanned documents.

2

Your June 14 appeal letter also indicates that PPEP was aware that the large size of the application could possibly result in problems since PPEP had difficulty downloading the application initially to begin working on it. PPEP was advised by its own IT staff to submit the application after 5 p.m. when everyone was off the network. PPEP staff persisted with trying to attach zip files even though they were advised on May 22, 2006, to use the fax solution.

<u>HUD Guidance:</u>

HUD did extensive outreach this year including early release of the General Section of the SuperNOFA published in January 2006; a brochure entitled "Finding and Applying for Grant Opportunities," published in March 2006; and a "Desktop User Guide for Submitting Electronic Grant Applications published in April 2006. All of these items were designed to help applicants successfully submit their applications to Grants.gov. These materials are available on HUD's website at http://www.hud.gov/grants/index.cfm. In the General Section of the SuperNOFA, HUD advised applicants to submit their applications at least "48 to 72 hours in advance of the deadline" and to submit during the hours of operation of the Grants.gov support desk, so they could receive assistance if they had problems submitting. The support desk was open from 7 a.m. to 9 p.m. Eastern Time. Your letter indicates that PPEP started to submit its completed package at 7:00 p.m. Eastern Time on May 24, 2006, the day the application was due. Even with the Grants.gov support desk closed, PPEP did not follow the submission information provided in the Desktop User Guide for troubleshooting application submission errors, which directs applicants with very large applications that are not uploading to move to a higher speed computer or reduce the size of the application package, the original suggestion made to PPEP by HUD staff on May 22, 2006.

HUD makes every effort to inform applicants of ways to have a successful submission. An applicant has responsibility for making the decision to accept or reject the advice provided. In this instance, PPEP chose to disregard the advice provided and is seeking relief from HUD to be included in the SHOP competition.

<u>Conclusion:</u>

Under the terms of the SuperNOFA published in the <u>Federal Register</u> on March 8, 2006, timely submission was receipt and validation by Grants.gov by 11:59:59 p.m. on the deadline date (page 3392). PPEP failed to meet the deadline requirement as a result of the decisions that PPEP made in developing the submission package. Absent a waiver of the electronic submission requirement, requested and granted prior to the deadline, a written application cannot be considered. Therefore, in accordance with the Notice of Funding Availability (NOFA) and the General Section of the SuperNOFA, PPEP's appeal is denied, as the application did not meet the timely submission requirements.

Sincerely,

William H. Eargle, Jr.
Deputy Assistant Secretary
for Operations