# EXHIBIT B



## News Release

**HUD No. 06-132**  
**Brian Sullivan**  
**(202) 708-0685**  
www.hud.gov/news/

**For Release**  
**Friday**  
**October 6, 2006**

---

**HUD AWARDS NEARLY $20 MILLION IN 'SWEAT EQUITY' GRANTS TO FUND THREE NATIONAL HOMEOWNERSHIP ORGANIZATIONS**  
*HUD funding + elbow grease = more than 1,200 affordable homes*

PHOENIX - They are called 'sweat equity grants' and, with a little elbow grease, can help lower income families realize their American Dream of homeownership. Today, Housing and Urban Development Secretary Alphonso Jackson announced HUD is awarding nearly $20 million in these grants to three homeownership organizations to help more than 1,200 families to own their own homes.

In making today's announcement, Arizona Senator Jon Kyl joined Jackson at a tour of two Phoenix housing developments constructed by Habitat for Humanity and funded through HUD's *Self-Help Homeownership Opportunity Program (SHOP).* The following nonprofit organizations are receiving grants:

| Recipient | Amount |
|---|---|
| Habitat for Humanity International | $8,639,000 |
| Housing Assistance Council | $5,890,000 |
| Community Frameworks | $5,271,000 |
| **Total** | **$19,800,000** |

"Great things can happen when families put hammer to nail to create their own 'American Dream,'" said Jackson. "It's tremendously gratifying to know that with a little investment on HUD's part, these nonprofit organizations can really help build the dreams of so many people."

Sen. Kyl said, "Habitat's work, including the partnership with HUD, has produced great results and made a truly positive impact in the Phoenix neighborhoods. The SHOP grants announced today will help make it possible for many more Arizona families to realize the dream of homeownership."

Jackson and Kyl made the national funding announcement at Villas Esperanza, the site of 93 homes, more than a third of which are constructed by Habitat for Humanity using SHOP funding. Following the announcement, Habitat officials hosted a tour of a neighboring development of 177 Habitat homes in Phoenix's South Ranch neighborhood.

"We are grateful for HUD's work in making affordable homeownership possible in partnership with families in need," said Jonathan Reckford, CEO of Habitat for Humanity International. "Together, we are improving communities and putting the dream of homeownership within the reach of more families in more communities across the country."

have experience in providing self-help housing. These funds are used to purchase land and install or improve infrastructure, which together may not exceed an average investment of $15,000 per dwelling. These non-profit organizations propose to distribute SHOP funds to several hundred local affiliates that will acquire the land, select homebuyers, coordinate the homebuyer sweat equity and volunteer efforts, and assist in the arrangement of interim and permanent financing for the homebuyers.

Homebuyers contribute a minimum of 100 hours of sweat equity on the construction of their homes and/or the homes of other homebuyers participating in the local self-help housing program. Self-help housing or sweat equity involves the homebuyer's participation in the construction of the housing, which can include, but is not limited to, assisting in the painting, carpentry, trim work, drywall, roofing and siding for the housing.

Labor contributed by volunteers also helps buyers who are unable to perform their sweat equity tasks due to disabilities or other reasons. Frequently persons with disabilities are able to substitute tasks by performing administrative tasks. The sweat equity and labor contributions by the homebuyers and volunteers significantly reduce the cost of the housing.

HUD is the nation's housing agency committed to increasing homeownership, particularly among minorities; creating affordable housing opportunities for low-income Americans; and supporting the homeless, elderly, people with disabilities and people living with AIDS. The Department also promotes economic and community development, and the nation's fair housing laws. More information about HUD and its programs is available on the Internet at www.hud.gov and espanol.hud.gov.

##

**FY 2006 SHOP Awards**

**Habitat for Humanity International - $ 8,639,000**

Habitat for Humanity International (HFHI) is a national nonprofit organization that will use SHOP funds in rural, metropolitan, and urban areas to facilitate and encourage innovative homeownership opportunities through the provision of self-help housing. SHOP funds will be used to purchase land and make necessary infrastructure improvements, primarily in support of new construction. A portion of the SHOP award will be used for administration, planning, and management development. Local affiliates will compete for SHOP funding from HFHI on a national basis. Completed properties will be transferred to homebuyers who contribute a significant amount of sweat equity, in addition to other volunteer labor, toward the construction of the unit. HFHI will produce a minimum of 539 housing units. **Contact:** Elizabeth Blake, (404) 962-3403.

**Housing Assistance Council - $5,890,000**

Housing Assistance Council (HAC) is a national nonprofit organization that will use SHOP funds in primarily rural areas for land acquisition and infrastructure improvements that support new construction. A portion of the SHOP award will be used for administration, planning and management development. Local organizations developing self-help housing will compete for SHOP funding from HAC on a regional basis in order to achieve a national distribution of funds. Each local organization is permitted to custom design how it will use the funds in compliance with SHOP requirements. Completed properties are sold to homebuyers who contribute a significant amount of sweat equity toward the construction of the unit, in addition to other volunteer labor. HAC will produce a minimum of 358 housing units. **Contact:** Moises Loza, (202) 842-8600.

Community Frameworks is a regional nonprofit organization serving primarily the states of Washington, Idaho, Oregon, and Montana. Community Frameworks and 28 local participating affiliates will purchase land and make necessary infrastructure improvements that support new construction and rehabilitation. A portion of the award will be used for administration, planning, and management development. Each local organization is permitted to custom design how it will use the funds in compliance with SHOP requirements. Completed properties are sold to low-income homebuyers who contribute a significant amount of sweat equity toward the construction of the unit, in addition to other volunteer labor. Community Frameworks will produce a minimum of 317 housing units. **Contact:** Linda Hugo, (360) 377-7738.

**U.S. Department of Housing and Urban Development**
451 7th Street, S.W., Washington, DC 20410
Telephone: (202) 708-1112  Find the address of a HUD office near you