# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PPEP MICROBUSINESS AND HOUSING )
DEVELOPMENT CORPORATION on behalf of )
the ROCKY MOUNTAIN/HAWAII SHOP )
CONSORTIUM )
)
    PLAINTIFF )
)     No. 1:06CV01615
    V. )
)     Declaration of Clifford
ALPHONSO JACKSON, in his official capacity )     Taffet
as Secretary of THE UNITED STATES )
DEPARTMENT OF HOUSING AND URBAN )
DEVELOPMENT; William H. Eargle, Jr., in his )
official capacity as Deputy Assistant Secretary for )
Operations, Office of Community Planning and )
Development, THE UNITED STATES )
DEPARTMENT OF HOUSING AND URBAN )
DEVELOPMENT )
)
    DEFENDANTS )

## DECLARATION OF CLIFFORD TAFFET

I, CLIFFORD TAFFET, declare and state as follows:

1. I am currently employed as the Deputy Director of the Office of Affordable

   Housing Programs at the United States Department of Housing and Urban

   Development ("HUD").

2. In my position, I oversee HUD's management and administration of the Self-

   Help Homeownership Opportunity Program ("SHOP"). This includes the

   review of SHOP grant applications and selection of grant recipients.

3. HUD was appropriated $19.8 million in grant funding for the Fiscal Year

   2006 ("FY 06") SHOP.

4.  HUD has awarded the entire amount of its FY 2006 SHOP grant funds to applicants other than PPEP Microbusiness and Housing Development Corporation.  No remaining funds are available for the program.

5.  A press release identifying the recipients and amounts awarded was published on October 6, 2006.  Grant Agreements signed by HUD have been delivered to each of the recipients.

I, CLIFFORD TAFFET, declare under penalty of perjury that the foregoing is true and correct.

CLIFFORD TAFFET
Deputy Director
Office of Affordable Housing
Programs
U.S. Department of Housing
& Urban Development