# EXHIBIT E

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PPEP MICROBUSINESS AND HOUSING DEVELOPMENT CORPORATION on behalf of the ROCKY MOUNTAIN/HAWAII SHOP CONSORTIUM<br><br>PLAINTIFF<br><br>V.<br><br>ALPHONSO JACKSON, in his official capacity as Secretary of THE UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; William H. Eargle, Jr., in his official capacity as Deputy Assistant Secretary for Operations, Office of Community Planning and Development, THE UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT<br><br>DEFENDANTS | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 1:06CV01615<br><br>Declaration of Barbara Dorf |

## DECLARATION OF BARBARA DORF

I, BARBARA DORF, declare and state as follows:

1. I am currently employed as the Director of the Office of Departmental Grants Management and Oversight (the "Office") at the United States Department of Housing and Urban Development ("HUD").

2. The Office serves as HUD's point of contact for information regarding grants management for all HUD programs, including Self-Help Homeownership Opportunity Program ("SHOP"). It is also responsible for implementing HUD's

1

SuperNOFA, which announces the majority of HUD's competitive programs for each fiscal year.

3. Applicants for HUD grants are required to file an application electronically via the grants.gov system, unless permission is obtained to file a hard copy. Grants.gov provides information on and accepts applications for over one thousand (1,000) grant programs offered by approximately twenty-six (26) federal government agencies. After registering with grants.gov, an applicant can login and file a HUD grant application electronically.

4. Grants.gov staff manages and operates the grants.gov system. The approximately twenty-six (26) federal agencies that participate in the system provide funding for the personnel and other administrative costs related to its operation.

5. HUD has no control over the day-to-day operation and administration of the system, including the receipt and validation of applications.

I, BARBARA DORF, declare under penalty of perjury that the foregoing is true and correct.

_____
BARBARA DORF
Director
Office of Departmental Grants
Management and Oversight
U.S. Department of Housing & Urban Development

2