# EXHIBIT F

# The Grants.gov Organizational Structure
## As of October 2006

