IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
PPEP MICROBUSINESS AND HOUSING              )
DEVELOPMENT CORPORATION,                    )
                                            )
    Plaintiff,                              )
                                            )
v.                                          )   Civil Action No:  1:06cv01615
                                            )   (CKK)
ALPHONSO JACKSON,                           )
SECRETARY OF THE UNITED STATES              )
DEPARTMENT OF HOUSING AND URBAN             )
DEVELOPMENT, and WILLIAM H. EARGLE,         )
JR., DEPUTY ASSISTANT SECRETARY FOR         )
OPERATIONS, ASSISTANT SECRETARY FOR         )
COMMUNITY PLANNING AND DEVELOP-             )
MENT, UNITED STATES DEPARTMENT OF           )
HOUSING AND URBAN DEVELOPMENT,              )
                                            )
    Defendants.                             )
_____)

**CONSENT MOTION FOR EXTENSION OF TIME TO
FILE PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff PPEP MICROBUSINESS AND HOUSING DEVELOPMENT CORPORATION ("PMHDC"), on behalf of the ROCKY MOUNTAIN/HAWAII SHOP CONSORTIUM, by and through its undersigned counsel, hereby moves this Court for an extension of time in which to file Plaintiff's Response to Defendants' Motion to Dismiss. In support hereof, Plaintiff states as follows:

1.    On September 18, 2006, Plaintiff filed this suit for mandatory injunctive relief for acceptance and review of its application for the FY 2006 SHOP grant against the Defendants.

2.    On December 22, 2006, Defendants filed a Motion to Dismiss.

3.    Good cause exists to grant this motion because although Plaintiff has attempted to comply with the deadline to file its Response to Defendants' Motion to Dismiss, due to

unforeseen conflicts and the upcoming FY 2007 SHOP grant, Plaintiff was unable to meet the deadline. Plaintiff seeks a brief extension of fourteen (14) days in which to respond to Defendants' Motion to Dismiss.

     4.    On January 4, 2007, Varu Chilakamarri, counsel for Defendants, authorized the undersigned to inform the Court that the defendants consent to the granting of this motion.

     WHEREFORE, PPEP requests that this Honorable Court grant this Consent Motion for Extension of Time to File Plaintiff's Response to Defendants' Motion to Dismiss and to grant any further relief that this Court deems necessary.

DATED:  January 5, 2007.

Respectfully submitted,

_/s/ Steven D. Cundra_____
By:  One of their attorneys
Steven D. Cundra, D.C. Bar No. 374074
Nicholas M. Beizer, D.C. Bar No. 485895
Amy Epstein Gluck, D.C. Bar No. 453525
**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**
1120 20th Street, N.W.
Suite 700, North Building
Washington, D.C. 20036
(202) 973-1200
(202) 973-1212 (fax)

*Attorneys for Plaintiff*

**CERTIFICATION OF CONSENT**

    I hereby certify that on January 4, 2007, Varu Chilakamarri, Esquire, counsel for Defendants, consented to the relief requested in this Motion.

                                                                               _/s/ Amy E. Gluck_____
                                                                               Amy E. Gluck, Esq.
                                                                               DC Bar No. 453525

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 5th day of January 2007, a copy of the foregoing document was served, via the Court's CM/ECF system for the United States District Court for the District of Columbia upon:

     Varu Chilakamarri  (varudhini.chilakamarri@usdoj.gov)


          */s/ Sarah Watson*
          Sarah Watson
          Legal Assistant
          **HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**
          1120 20th Street, N.W.
          Suite 700, North Building
          Washington, D.C. 20036
          (202) 973-1200
          (202) 973-1212 (fax)