**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                    )
PPEP MICROBUSINESS AND HOUSING        )
DEVELOPMENT CORPORATION,               )
                                                    )
           Plaintiff,                               )
                                                    )
v.                                                  )        Civil Action No:  1:06cv01615
                                                    )        (CKK)
ALPHONSO JACKSON,                          )
SECRETARY OF THE UNITED STATES       )
DEPARTMENT OF HOUSING AND URBAN    )
DEVELOPMENT, and WILLIAM H. EARGLE,  )
JR., DEPUTY ASSISTANT SECRETARY FOR  )
OPERATIONS, ASSISTANT SECRETARY FOR  )
COMMUNITY PLANNING AND DEVELOP-      )
MENT, UNITED STATES DEPARTMENT OF    )
HOUSING AND URBAN DEVELOPMENT,       )
                                                    )
           Defendants.                            )
_____)

## ORDER

UPON CONSIDERATION of the Consent Motion for Extension of Time to File

Plaintiff's Response to Defendants' Motion to Dismiss, it is this __ day of _____ , 2007 hereby

ORDERED; that the parties' Consent Motion to Extend Time Due for Plaintiff to File

Plaintiff's Response to Defendants' Motion to Dismiss be and hereby is GRANTED.


                                        _____
                                        Judge Colleen Kollar-Kotelly
                                        UNITED STATES DISTRICT JUDGE


Copies to:  Attorneys on record via ECF