## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| PPEP MICROBUSINESS AND HOUSING DEVELOPMENT CORPORATION, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) ) | Civil Action No:  1:06cv01615 (CKK) |
| ALPHONSO JACKSON, SECRETARY OF THE UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, and WILLIAM H. EARGLE, JR., DEPUTY ASSISTANT SECRETARY FOR OPERATIONS, ASSISTANT SECRETARY FOR COMMUNITY PLANNING AND DEVELOP- MENT, UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, | ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

_____)

### PLAINTIFF'S NOTICE OF DISMISSAL OF DEFENDANTS

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff PPEP MICROBUSINESS AND HOUSING

DEVELOPMENT CORPORATION ("PMHDC"), on behalf of the ROCKY

MOUNTAIN/HAWAII SHOP CONSORTIUM, by and through its undersigned counsel, hereby

files notice that they voluntarily dismiss, without prejudice pursuant to Fed. R. Civ. P. 41(a)(1),

all claims against ALPHONSO JACKSON, SECRETARY OF THE UNITED STATES

DEPARTMENT OF HOUSING AND URBAN AUTHORITY, and WILLIAM H. EARGLE,

JR., DEPUTY ASSISTANT SECRETARY FOR OPERATIONS FOR THE OFFICE OF

COMMUNITY PLANNING AND DEVELOPMENT OF THE U.S. DEPARTMENT OF

HOUSING AND URBAN AUTHORITY.

Proceeding by notice of dismissal is proper where, as here, notice is filed "before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs." Fed. R. Civ. P. 41(a)(1).  On or about December 22, 2006, Defendants filed their "Motion to Dismiss." This document is not an answer or a motion for summary judgment.  Therefore, Defendants' filing did not terminate Plaintiffs' right to a voluntary dismissal without prejudice of their claims.  *Chambers v. Gesell*, 120 F.R.D. 1, 2 n.4 (D.D.C. 1988); Wright & Miller, Federal Practice & Procedure 2363 ("A motion to dismiss is neither an answer nor, unless accompanied by affidavits discussing matters outside the pleadings that are not excluded by the court, a motion for summary judgment; thus, unless formally converted into a motion for summary judgment under Rule 56, a motion to dismiss under Rule 12 does not terminate the right of dismissal by notice.").

WHEREFORE, Plaintiffs respectfully request that their notice of dismissal be accepted by this Court.

DATED:  February 2, 2007

Respectfully submitted,

__/s/ Steven D. Cundra _____
By:  One of their attorneys
Steven D. Cundra, D.C. Bar No. 374074
Amy Epstein Gluck, D.C. Bar No. 453525
**HALL, ESTILL, HARDWICK, GABLE,**
**GOLDEN & NELSON, P.C.**
1120 20th Street, N.W.
Suite 700, North Building
Washington, D.C. 20036
(202) 973-1200
(202) 973-1212 (fax)

***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I certify that today, February 2, 2007, a copy of the foregoing to be served via the Court's

CM/ECF system, upon the following:


Varu Chilakamarri
Trial Attorney
Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20530
varudhini.chilakamarri@usdoj.gov



_____/s/  Steven D. Cundra_____
Steven D. Cundra
**HALL, ESTILL, HARDWICK, GABLE,
GOLDEN & NELSON, P.C.**
1120 20th Street, N.W.
Suite 700, North Building
Washington, D.C. 20036
(202) 973-1200
(202) 973-1212 (fax)